IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RACHAEL L. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-456 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT MCQUATE, | ) | By: Hon. Robert S. Ballou |
| THE OHIO COMPANY, | ) | United States Magistrate Judge |
| and JOHN RICHARD BLAZER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, it is ORDERED as follows:

(1) Cook's motion for default judgment (Dkt. No. 74) is DENIED. However, McQuate is required to appear for a rescheduled deposition to occur on August 31, 2017 at 10 a.m., in or near Mount Vernon, Ohio;

(2) Cook's motion for partial summary judgment (Dkt. No. 74) is TAKEN UNDER ADVISEMENT, pending completion of additional discovery and additional briefing by Cook regarding choice of law, which must be filed prior to October 16, 2017;

(3) The trial date is continued to January 24-25, 2018 to allow time for the additional discovery. All dispositive motions, including motions for summary judgment, must be filed by October 16, 2017.

Entered:  July 14, 2017

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

1