CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 12 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RACHAEL L. COOK, )
)
    Plaintiff, ) Civil Action No. 7:15cv456
v. )
)
JOHN RICHARD BLAZER, et al., ) By: Hon. Michael F. Urbanski
) Chief United States District Judge
)
    Defendants. )

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on December 4, 2017, recommending plaintiff Rachel L. Cook's motion for partial summary judgment be denied. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that:

1. The magistrate judge's report and recommendation (ECF No. 106) is **ADOPTED in its entirety.**

2. Plaintiff Rachel L. Cook's motion for partial summary judgment (ECF No. 74) is **DENIED.**

1

It is **SO ORDERED**.

The Clerk is directed to send a copy of this order to the pro se defendant and to all counsel of record.

Entered: 01-12-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge