AO 450 (Rev. 11/11) Judgment in a Civil Action

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 26 2018
JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| RACHAEL L. COOK | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 7:15CV00456 |
| THE OHIO COMPANY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that plaintiff Rachael L. Cook, recover $60,000 in compensatory damages, $350,000 in punitive damages, prejudgment interest at the rate of 6% annually from 5/15/2013 on a part of the principal compensatory sum in the amount of $7,796.00, and postjudgment interest at 2.42%, from defendant The Ohio Company.

This action was *(check one)*:

☑ tried by a jury with Judge Michael F. Urbanski, Chief United States District Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 7/26/18

CLERK OF COURT

/s/ [signature]
*Signature of Clerk or Deputy Clerk*