# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RACHAEL L. COOK, <br> Plaintiff, <br><br> v. <br><br> JOHN RICHARD BLAZER, <br> Defendant. | ) <br> ) <br> ) Case No. 7:15-cv-00456 <br> ) <br> ) By:  Michael F. Urbanski <br> ) Chief United States District Judge <br> ) |

## SHOW CAUSE ORDER

This matter is before the court pending resolution of this case against the remaining defendant, John Richard Blazer. This case is set for a one-day jury trial on **August 20, 2021**, starting at **9:30 am**. The trial will take place in the Roanoke federal courthouse at **210 Franklin Road SW, Roanoke, Virginia 24011-2208**.

On May 12, 2021, the court directed Blazer to respond to this court by May 31, 2021, confirming he will be present at trial. **The court cautioned that Blazer risks having a default judgment entered against him if he does not appear at trial.** Because Blazer has not responded, Blazer is **ORDERED TO SHOW CAUSE** on or before **July 15, 2021**, as to why the court should not enter a default judgment against him. Blazer may respond by certified mail to the Roanoke federal courthouse with attention to Courtroom Deputy Clerk Kristin Ayersman or he may respond by email to urbanski.ecf@vawd.uscourts.gov.

It is so **ORDERED**.

Entered: June 14, 2021

Michael F. Urbanski
Chief United States District Judge