6-13-2021

Your Honor

I will NOT attend a one-day jury trial on August 20, 2021 for the following reasons;

1. I am on supervised release until March 2022

2. I do NOT have money for an attorney

3. I pay restitution to the court on a monthly basis.

4. Ms Cook has a judgement against The Ohio Company which is where her funds went, and I pay restitution.

Thank you
J Richard Blazer

CASE 7:15 cv 456

My Address - 16913 Meredith ST Rd
Sunbury, Oh 43074

# PRIORITY MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006



**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 614 ) 725-6048

JOHN BLAZER
16913 MEREDITH STATE RD
SUNBURY Ohio 43074

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

ROANOKE FED CT HSE
210 FRANKLIN RD SW
ROANOKE Virginia
DEP Clerk - KRISTIN AYERSMAN
ZIP + 4 24011-2208

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



PEEL FROM THIS CORNER

OD: 12 1/2 x 9 1/2



43074
JUL 13, 21
AMOUNT
**$26.35**
R2304M114757-01

24011



EJ 843 653 488 US

SE

RECEIVED

JUL 14 2021

USDC Clerk's Office
Mail Room

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

RIGIN (POSTAL SERVICE USE ONLY)

| 1-Day | 2-Day | Military | DPO |

ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage

43074 | 7/14/21 | $ 26.35

ate Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee

7/13/21 | ☒ 6:00 PM | $ | $

me Accepted | | Return Receipt Fee | Live Animal Transportation Fee

8:52 ☒ AM ☐ PM | | $ | $

pecial Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees

| $ | 26.35

Weight | ☒ Flat Rate | Acceptance Employee Initials

lbs.   ozs. | | ZH | $

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996





UNITED STATES POSTAL SERVICE®



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight

PRIORITY
MAIL
EXPRESS®

GUARANTEED* ▪ TRACKED ▪ INSURED

is 70 lbs. For international shipments, the maximum weight is 20 lbs.