**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**
Federal Courthouse
210 Franklin Road
Roanoke, Virginia 24011

**RACHAEL L. COOK,**

Plaintiff,

v.                                                    Civil Action No. 7:15-cv-00456-MFU

**JOHN RICHARD BLAZER**                    Judge Urbanski
**SCOTT MCQUATE**
**THE OHIO COMPANY,**

Defendants.

### WITNESS LIST AND EXHIBIT LIST

Pursuant to the Court's Order of May 11, 2021 (Dkt No. 195) Rachael L. Cook

("Cook") sets forth the following witness list and exhibit list for the trial of this case set for

August 20, 2021.

### Witness List

Cook's counsel intends to call Cook as witness for this case.  Cook's address is 936

Old   Country Club Road, NW, Roanoke, Virginia 24017-2926.  A summary of her testimony

has been set forth in a declaration  previously filed in this case, an unsigned copy of which

accompanies this filing as "Exhibit A."

### Exhibit List

Cook intends to offer for introduction into evidence the following exhibits at the trial

of this case:

1.      Plea Agreement between The United States attorney for the Southern District of

        Ohio and John Richard Blazer filed in the United States District Court for the

1

Southern District of Ohio, Eastern Division in Case No. 2:16 Ct 233, with Exhibit A thereto ("Statement of Facts") (copy accompanies this filing as "Exhibit 1."

2.  Amended Judgment in a Criminal Case in the case of United States of America v. John Richard Blazer in Case No.l 2:16 cv 233 (copy accompanies this filing as "Exhibit 2."

3.  Prospectus of Heritage Foundation entitled "HERITAGE ACQUISITIONS GROUP DAMAKA MINE DEVELOPMENT OUT COMPANY OVERIVEW & CAPITALIZATION OVERVIEW" which accompanies this filing as "Exhibit 3."

4.  Prospectus of Heritage Foundation entitled "HERITAGE ACQUISITIONS GROLUPDAMAKA MINE DEVEOLOPMENT  OUT COMPANY OVERVIEW" which Accompanies this filing as "Attachment 4."

Respectfully submitted,

**RACHAEL L. COOK,**

By /s/ Henry W. McLaughlin
Counsel

Henry W. McLaughlin (VSB No 07105)
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, Virginia
(804)205-9020; fax (877) 575-0245
*Counsel for Rachael L. Cook*

**CERTIFICATE**

I, Henry W. McLaughlin, counsel for plaintiff, certify that on July 28, 2021, the

foregoing will be filed electronically with the ECF filing System of the U.S. District Court

for the Western District of Virginia, Roanoke Division, and that a copy of the foregoing

(with copy of exhibits to this filing) has been mailed after 5 p.m. and before midnight on July

28, 2021 to John Richard Blazer, 16913 Meredith Street Road, Sunbury, Ohio 43074 and on

July 29, 2021 will be sent by next day mail to the said address

 /s/ Henry W. McLaughlin
Henry W. McLaughlin (VSB No. 07105)
Law Office of Henry McLaughlin, P.C.'
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, Virginia 23219
(804) 205-9020; fax (877) 575-0245
henry@mclaughlinvalaw.com
*Counsel for Plaintiff* Rachael L. Cook

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Roanoke Division
Federal Courthouse
210 Franklin Road
P. O. Box 1231
Roanoke, Virginia 24011


RACHAEL L. COOK,

       Plaintiff,

    v.                           Civil Action No. 7:15-cv-00456-MFU

[JOHN] RICHARD BLAZER
SCOTT MCQUITE [MCQUATE]
THE OHIO COMPANY,

       Defendants.

## DECLARATION OF RACHAEL L. COOK

Plaintiff, Rachael L. Cook ("Cook"), under penalty of perjury, declares the following:

- I am the plaintiff in this case.

- I am an adult.

- Prior to January 27, 2013 I obtained a patent.

- On January 27, 2013, Scott McQuate ("McQuate") sent me an email congratulating me on obtaining a patent.

- On February 22, 2013, McQuate called me while he was in Ohio and I was in Virginia. In such telephone call, McQuate began by discussing his available ebooks, [after he had pressured me to join his "Inner Circle" for $499 per year membership paid on January 29, 2013, but] continued by seeking to interest me in paying money for investment opportunities. He spoke of a foreclosure debt relief or mortgage payment reduction/bailout program business he operated by the name of Paxeon[, LLC at

www.paxeonpublishing.com and kept insisting I watch the video online about it and sign up right away. The financial services program McQuate operated (who acted as webmaster of all his websites) required access to my personal checking account!] He proposed to me that I consider various investment opportunities or capital ventures, including dental office leasing from which he claimed to receive a regular sizeable return on investment including investment in gold mining. [I told him I had very little or no investment experience and was wary of investing.

- McQuate thereafter made additional calls to me seeking to persuade me to invest in what he described as investment opportunities or capital ventures.

- [I]n the course of such telephone solicitation by McQuate, he told me that he had a friend – (referring to [John] Richard Blazer ("Blazer") whom he said could help [m]e [OBTAIN A STEADY SOURCE OF INCOME AND THUS QUALIFY FOR HIS PAXEON PROGRAM by considering] an investment opportunity or capital venture involving gold mining.

- On March 17, 2013, I received in the mail from Blazer a prospectus, which I understood to be (and still believe to have been) a prospectus for a legitimate investment company then known as "Heritage Acquisitions Group." ("Heritage").

- On March 22, 2013, I received from Blazer in the mail an unsigned letter ("the March 21, 2013 letter") on the Ohio Company letterhead over the typed name of Blazer which enclosed a second prospectus ("the second Heritage prospectus") for Heritage.

- Because of my receipt of the first Heritage prospectus, the March 21, 2013 letter, and the second Heritage prospectus, I believed that The Ohio Company was acting in a legitimate capacity and that Blazer was a legitimate businessman with The Ohio Company and that,

in such capacities, [T]he Ohio Company and Blazer possessed [fiduciary authority] and sent me the first Heritage prospectus and the second Heritage prospectus.

· I read the aforesaid materials, talked by telephone to a friend, Harvey Diamond (a well known author) and did research on the Internet on Heritage and determined from such Internet research that Heritage was a legitimate company.

· On May 15, 2013, McQuate initiated a conference telephone call with me and connected me with Blazer in that telephone call [on my residential landline in Virginia.] In that telephone call, most of the conversation was between Blazer and Cook.

· In that telephone conversation on May 15, 2013, Blazer and McQuate asked me to invest [a minimum of] $25,000 with Heritage[,but recommended much more like $100,000].

· During that telephone call, I told Blazer that [that I had studied the Limited Liability Limited Partnership agreement] and done Internet research on Heritage and had learned that the investments in Heritage were for much larger sums than $25,000.

· In response, Blazer said to me that McQuate had a special relationship with Heritage and that, on the basis of that special relationship, The Ohio Company could represent me to allow me to invest $25,000 with Heritage.

· During that telephone conversation, Blazer told me that if I paid to The Ohio Company the sum of $25,000, The Ohio Company would pay that $25,000 to the Heritage as an investment by me with Heritage.

· In that telephone conversation, Blazer told me that I would have to invest in Heritage by May 16, 2013 or it would be too late for me to do so.

· I believed what Blazer and McQuate said to me during that telephone call and trusted McQuate because of our friendship for over two years since April 2011, and, on that

basis, on the same day, wired $25,000 to McQuate's friend Blazer's personal bank account believing that the money would be duly invested as I was assured it would be.

- When I called Heritage about the money I had thought I had invested with Heritage, a principal person at Heritage informed me that Heritage had not received any investment money from me[WHICH THEY LATER CONFIRMED IN WRITING VIA EMAIL]. I never received back that $25,000 or any return on my investment in the form of dividends or any other form of monetary disbursement.

- I became upset because of the loss of the money I had invested and the return on my investment in the form of dividends or any other form of monetary disbursement. The circumstances under which I was misled (as stated above) and my economic losses from being misled caused me a great deal of emotional distress.

I affirm under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief this 1st day of June, 2017.

_____
Rachael L. Cook

Exhibit 1

Case: 2:16-cr-00233-MHW Doc #: 2 Filed: 11/21/16 Page: 1 of 10 PAGEID #: 5

FILED
RICHARD W. NAGEL
ERK OF CLURT

2016 NOV 21 PM 4: 08

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN RICHARD BLAZER,

Defendant.

CASE NO.  2 : 16 cr 233
JUDGE   Judge Watson

PLEA AGREEMENT

The United States Attorney for the Southern District of Ohio and Defendant JOHN RICHARD BLAZER, individually and through counsel, enter into the following Plea Agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure:

## PLEA OF GUILTY

1.      Defendant JOHN RICHARD BLAZER will waive indictment and plead guilty to Counts 1 and 2 of a two-count Bill of Information, which charges him with wire fraud, in violation of 18 U.S.C. § 1343; and money laundering, in violation of 18 U.S.C. § 1956.

2.      Defendant JOHN RICHARD BLAZER understands the nature and elements of the offenses charged and to which he is pleading guilty. The maximum statutory penalties for violating 18 U.S.C. § 1343 are 20 years imprisonment, 3 years supervised release, and a $250,000 fine. The maximum statutory penalties for violating 18 U.S.C. § 1956 are 20 years imprisonment, 3 years supervised release, and a $250,000 fine. The defendant also understands that he shall be subject to an order to pay restitution as stated in paragraph ten below.

I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF OUR RECORDS
On: 11/21/2016
Richard W. Nagel, Clerk of Court
By: _____ Deputy Clerk
Date: 7/20/2021

1

Case: 2:16-cr-00___-MHW Doc #: 2 Filed: 11/21/16 Page: 2 of 10 PAGEID #: 6

3.     Pursuant to 18 U.S.C. § 3553(a) and Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the parties agree that a term of incarceration of 33 months is the appropriate sentence as a result of Defendant JOHN RICHARD BLAZER's convictions for Counts 1 and 2 of the Information in this case. This is a binding sentencing stipulation for the Court as to the appropriate sentence, pursuant to Rule 11(c)(1)(C). There is no agreement as to any term of supervised release or any fine, which remain for the Court to determine. If, after viewing the presentence investigation report, the Court is unwilling to accept this Plea Agreement due to this binding recommendation on the sentence to be imposed, either party may withdraw from the provisions of this Plea Agreement, the defendant may withdraw his plea of guilty, and the case may proceed to trial.

4.     Prior to the date of sentencing, the defendant will pay a mandatory special assessment of $200.00, as required under 18 U.S.C. § 3013. This payment shall be made to the United States District Court for the Southern District of Ohio, Clerk's Office, 85 Marconi Boulevard, Columbus, Ohio 43215. The defendant will furnish to the government a receipt or other evidence of payment at the time of sentencing.

5.     Defendant JOHN RICHARD BLAZER acknowledges liability for the forfeiture alleged in the Forfeiture Allegation of the Information involving any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. Defendant JOHN RICHARD BLAZER agrees to cooperate fully in the forfeiture of the property described in the Forfeiture Allegation, and also agrees not to contest that forfeiture in any way or to assist others in contesting that forfeiture.

2

### WAIVER OF TRIAL RIGHTS

6.   Defendant JOHN RICHARD BLAZER further understands that he has the following rights, among others:

    a.   To be represented by an attorney at every stage of the proceeding, and that, if necessary, one will be appointed to represent him;

    b.   To plead not guilty and be tried by a jury;

    c.   To be assisted by counsel during such trial;

    d.   To confront and cross-examine adverse witnesses;

    e.   To use compulsory process to summon witnesses for the defense;

    f.   Not to be compelled to testify; and

    g.   To be presumed innocent throughout trial until and unless found guilty by a jury beyond a reasonable doubt.

7.   Defendant JOHN RICHARD BLAZER understands that if his plea of guilty to Counts 1 and 2 of the Information is accepted by the Court, there will not be a further trial of any kind, so that by pleading guilty he waives, or gives up, his right to trial.

8.   Defendant JOHN RICHARD BLAZER understands that the Court intends to question him on the record about the offenses to which he is pleading guilty, which questioning may be under oath and which could provide a basis for a later prosecution of this defendant for perjury or false statements if he does not tell the truth.

### SENTENCING GUIDELINES

9.   Defendant JOHN RICHARD BLAZER is aware that if the Court were to refuse to accept the binding agreement, pursuant to Rule 11(c)(1)(C), the Court would have jurisdiction and authority to impose any sentence up to the statutory maximum set forth for any offenses to which he persists in pleading guilty.  He is aware that the Court has not yet determined a sentence.

3

Defendant JOHN RICHARD BLAZER is also aware that, in the event that the Court refuses to accept the binding Rule 11(c)(1)(C) agreement, and he were to persist in his plea of guilty, the United States Sentencing Guidelines would be considered by the Court, in conjunction with all other sentencing factors set forth in 18 U.S.C. § 3553(a), to determine the appropriate sentence. The defendant understands that the United States Sentencing Guidelines and Policy Statements are no longer mandatory in determining his sentence. Defendant JOHN RICHARD BLAZER is further aware that any estimate of the probable sentencing range under the Guidelines that he may receive from his attorney, the United States, or the Probation Office is a prediction—not a promise—and is not binding on the United States, the Probation Office, or the Court. The United States makes no promise or representation concerning the sentence that the defendant will receive if the Court refuses to accept the binding Rule 11(c)(1)(C) agreement and he persists in his plea of guilty.

10.     The parties hereby enter into the following agreements and make the following recommendations regarding the application of the Sentencing Guidelines:

a.   The parties agree that the applicable guideline for this offense is U.S.S.G. § 2B1.1(a)(1), resulting in a base offense level of 7.

b.   The United States Attorney for the Southern District of Ohio recommends that as of the time of the execution of this Plea Agreement, the defendant has accepted responsibility for the offenses to which he has agreed to plead guilty, and is therefore entitled to a 2-level reduction in the applicable offense level, pursuant to U.S.S.G. § 3E1.1(a).

c.   The defendant agrees, pursuant to 18 U.S.C. § 3663(a)(3), to pay $937,425.96 in restitution to the victims according to a payment plan arranged by the Court.

d.   The parties make no representations as to the defendant's criminal history computation or to any other guidelines that may apply.

11.     Pursuant to § 1B1.8 of the United States Sentencing Guidelines, the government agrees that any self-incriminating information so provided will not be used against the defendant

4

in determining the applicable Guidelines range for sentencing, or as a basis for upward departure from the advisory Guidelines range.

12.    If such plea of guilty is entered and not withdrawn, and Defendant JOHN RICHARD BLAZER acts in accordance with all other terms of this agreement, the United States Attorney for the Southern District of Ohio agrees to not file additional criminal charges against the defendant based on his activities charged in the Information or counted as relevant conduct, which occurred in the Southern District of Ohio prior to the date of the Information.

## WAIVER OF APPEAL RIGHTS

13.    Defendant JOHN RICHARD BLAZER waives any motions described in Federal Rule of Criminal Procedure 12(b)(3), regarding pretrial motions, any and all motions, defenses, probable cause determinations, and objections that the defendant could assert to the Information or the Court's entry of judgment against the defendant and imposition of sentence upon the defendant, providing the sentence is consistent with this agreement. The defendant further waives:

    a.  Any right to appeal the Court's entry of judgment against him;

    b.  Any right to collaterally attack the defendant's conviction and sentence under 28 U.S.C. § 2255, or any other collateral attack; and

    c.  Any right to file a motion for modification of sentence, including under 18 U.S.C. § 3582(c).

The defendant acknowledges that this waiver shall result in the dismissal of any appeal or collateral attack the defendant might file challenging his conviction or sentence in this case. If the defendant files a notice of appeal or a habeas petition, notwithstanding this agreement, the defendant agrees that this case shall, upon motion of the United States, be remanded to the district court to determine whether the defendant is in breach of this agreement and, if so, to permit the United States to withdraw from the plea agreement. This waiver shall not be construed to bar a claim by the

defendant of ineffective assistance of counsel or prosecutorial misconduct. Furthermore, the defendant retains any right to appeal his sentence if the United States appeals the sentence, or if the Court imposes a sentence above the statutory maximum or above that permitted by this Plea Agreement.

### WAIVER OF RIGHT TO SUE UNITED STATES

14.    By virtue of pleading guilty to the charges set forth in Counts 1 and 2 of the Information, in exchange for this agreement, Defendant JOHN RICHARD BLAZER understands that he is not a prevailing party as defined by 18 U.S.C. § 3006A (statutory note captioned "Attorney Fees and Litigation Expenses to Defense") and hereby expressly waives his right to sue the United States.

### ACCEPTANCE OR REJECTION OF AGREEMENT BY COURT

15.    It is agreed that if the Court refuses to accept this agreement, neither party is bound by any of its provisions; thereafter, Defendant JOHN RICHARD BLAZER may withdraw his guilty plea, and the United States Attorney for the Southern District of Ohio may seek leave to dismiss the Information without prejudice and may seek identical and/or additional charges. Defendant JOHN RICHARD BLAZER will not object to such dismissal or filing of further charges.

### VIOLATION OF PLEA AGREEMENT

16.    Defendant JOHN RICHARD BLAZER understands that this agreement does not protect him from prosecution for perjury, should he testify untruthfully, or for making false statements, nor does it protect him from prosecution for other crimes or offenses as to which he does not make admissions or give truthful information and which the United States discovers by

6



independent investigation. Further, should Defendant JOHN RICHARD BLAZER fail to comply

fully with the terms and conditions set forth herein, this agreement is voidable at the election of

the government, in which case the defendant shall be subject to prosecution as if the agreement

had never been made.

7

## ENTIRETY OF AGREEMENT

17.   No additional promises, agreements, or conditions have been made relative to this matter other than those expressly set forth herein, and none will be made unless in writing and signed by all parties.

11-18-16
Date

JOHN RICHARD BLAZER
Defendant

11-18-16
Date

DAVID P. AXELROD
Attorney for Defendant

BENJAMIN C. GLASSMAN
United States Attorney

11/21/2016
Date

JESSICA H. KIM (0087831)
Assistant United States Attorney

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | JUDGE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN RICHARD BLAZER, | ) | **PLEA AGREEMENT EXHIBIT A** |
| | ) | **STATEMENT OF FACTS** |
| Defendant. | ) | |

1. From in or about January 2011 through August 2013, the defendant, JOHN RICHARD BLAZER, willfully and knowingly devised an investment fraud scheme, and for the purpose of executing the scheme, used interstate wire communications.

2. From in or before January 2011, and continuing up through in or about August 2013, BLAZER owned and operated several business entities in the Columbus, Ohio area, including The Ohio Company and The Ohio Company Loan Fund, LLC. Blazer was also a partner in The Ohio Heritage Fund 2010, LLC.

3. BLAZER told investor clients and potential investor clients that their monies would be invested through one or more of these entities. BLAZER explained to these investor clients that their funds would be invested in a real estate fund, or a gold mining operation in Africa. BLAZER represented that the real estate investment funds would be used to purchase and rehabilitate residential properties in central Ohio.

4. BLAZER did not invest those clients' monies as he stated, but instead diverted those funds to pay his own personal and business expenses, as well as to repay earlier investor clients with monies solicited and received from later investor clients.

5. One such victim was E.C., a semi-retired chiropractor from West Liberty, Ohio. E.C. agreed to invest $43,000 in Blazer's real estate fund through The Ohio Company Loan Fund, LLC.

6. On or about August 13, 2013, BLAZER caused to be transmitted, by means of wire communication in interstate and foreign commerce, a wire transfer in the amount of $43,000, from E.C.'s investment retirement account at the Equity Trust Company, to JPMorgan Chase

Bank, for deposit into The Ohio Company's account ending in x2990, an account controlled by BLAZER. BLAZER did not invest these funds, but instead utilized them for other personal and business expenses, including a card purchase at Hollywood Casino Columbus in the amount of $1,070 on or about August 28, 2013.

7. BLAZER solicited and received for investment monies totaling approximately $937,425.96, from 21 investor clients.

8. The defendant, JOHN RICHARD BLAZER, has read this Statement of Facts and has discussed it with his attorney. The defendant fully understands the contents of this Statement of Facts and agrees without reserve that it accurately describes the events and his acts. The defendant acknowledges that the contents of this Statement of Facts do not constitute all of the facts relevant to the matters discussed herein.

9. These acts substantially occurred within the Southern District of Ohio.

**Exhibit 2**

AO 245C (Rev. 11/16)   Case: 2:16-cr-00233-MHW Doc #: 19 Filed: 08/02/17 Page: 1 of 9 PAGEID #: 103
Sheet 1                                                                              — for Identify Changes with Asterisks (*)

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA | ) AMENDED JUDGMENT IN A CRIMINAL CASE
v. | )
John Richard Blazer | ) Case Number: 2:16cr233
| ) USM Number: 50893-060
Date of Original Judgment: 7/28/2017 | ) David F. Axelrod
(Or Date of Last Amended Judgment) | ) Defendant's Attorney

**Reason for Amendment:**

- [ ] Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- [ ] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- [x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- [ ] Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant [ ] 28 U.S.C. § 2255 or [ ] 18 U.S.C. § 3559(c)(7)
- [ ] Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

- [x] pleaded guilty to count(s)   1 and 2 of the Information
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | 6/30/2013 | 1 |
| 18 U.S.C. § 1956 | Money Laundering | 8/28/2013 | 2 |

The defendant is sentenced as provided in pages 2 through   8   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/19/2017
Date of Imposition of Judgment

_Michael H. Watson_
Signature of Judge

Michael H. Watson, US Dist Jud
Name and Title of Judge

Aug. 2, 2017
Date

I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF OUR RECORDS

On: _8/2/2017_
Richard W. Nagel, Clerk of Court

By: _____
Deputy Clerk

Date: _7/20/2021_

**Exhibit 3**

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 23 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-3   Filed 03/30/18   Page 2 of 19   Pageid#:
1335



# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

# CONFIDENTIALITY AGREEMENT
# &
# LIMITED PARTNERSHIP AGREEMENT

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 24 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-3   Filed 03/30/18   Page 3 of 19   Pageid#:
1336



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

## CONFIDENTIAL REVIEW AGREEMENT

Heritage Acquisitions Group ("Heritage") offers investment opportunities to a select group of qualified investors through Limited Partnership Offerings. You (the person named either as an individual or as an authorized signatory, as shown below) seek to review confidential information concerning such offerings to determine whether they are suitable for your own investment portfolio.

In exchange for the opportunity to review nonpublic Heritage documents and related Confidential Information (as defined below), you represent and agree as follows:

### Non-Solicitation

You acknowledge that confidential information concerning Heritage Offerings are furnished only at your specific request, which you have made freely and not in response to any form of advertising or solicitation. The information is not provided as a solicitation to invest in any particular program, nor does it represent a promise that Heritage would accept an investment from you in any particular program.

### Regulatory Status

You acknowledge that Heritage has disclosed that it is not a licensed securities broker, dealer, agent, or trader and is not engaged in the public offering of securities. The Heritage Offerings may not be registered with the United States Securities and Exchange Commission (SEC). Heritage is not a licensed investment advisor, financial planner, attorney, or certified public accountant.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 25 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 189-3   Filed 03/30/18   Page 4 of 19   Pageid#:
1337

## Purpose

You represent that you will review the confidential information furnished by Heritage only for the purpose of determining whether a Heritage Offering is potentially a suitable investment for you. You represent that are not requesting the confidential information to obtain commercial intelligence for a competitor of Heritage or in the capacity of an employee, agent, or informant of a government agency or of a party in pending or contemplated litigation.

## Confidentiality

You acknowledge that the nonpublic, confidential information furnished by Heritage includes without limitation documents and other information concerning its Offerings and its plans, methods, operations, results, risks, investors, partners, personnel, trade secrets, and confidential commercial information. The confidential information is of substantial value to Heritage and to its Offering participants and business partners and is also in many instances competitively sensitive. You agree not to disclose any confidential information to third parties without express written permission from Heritage except as follows: You may share Confidential Information with your directors, officers, employees, or partners, as well as with your attorneys, accountants, investment advisors, and financial planners, to the extent necessary to help you evaluate the suitability of a potential investment in a Heritage Offering, so long as such persons are bound to confidentiality obligations that are at least as protective as those provided in this Agreement. You also agree to secure the confidential information against unauthorized disclosure in a manner similar to that in which you secure the confidentiality of your own sensitive and proprietary information.

## Non-Competition and Non-Circumvention

You agree that you will not use the confidential information to compete with Heritage, nor will you furnish such information to a competitor of Heritage. You agree that you will not circumvent Heritage by investing directly, rather than through Heritage, in a business opportunity that is the subject of a Heritage Offering concerning which you have received confidential information, unless you can establish that such opportunity was presented to you before receiving confidential information from Heritage.

For and on behalf of:

Name: _____

Company name: _____

Passport Number or DL Number: _____

Country or State of ID: _____

Address: _____

Phone number(s): _____

Email: _____

Date: _____

**I hereby swear under penalty of perjury, that all information provided herein is complete, accurate and true.**

Signature: _____

Accepted by Heritage Acquisitions Group

Officer's Signature: _____

Date: _____

**The facsimile transmission of this document shall be considered a binding and enforceable instrument treated as original copy.**

HERITAGE ACQUISITIONS GROUP                           PHONE & FAX: 877-705-7075
CONFIDENTIAL                                                    © AUGUST 8, 2011



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

AGREEMENT FOR PURCHASE OF DAMAKA MINE DEVELOPMENT LLLP UNITS

FOR THE HERITAGE DAMAKA MINE DEVELOPMENT OFFERING

This Limited Liability Limited Partnership Agreement shall become effective retroactively to the date the limited partnership was certified by the Nevada Secretary of State as of August 8, 2011 and registered as a Limited Liability Limited Partnership.  This Agreement is being drawn up between Heritage Acquisitions Group, Inc. (General Partner & Management) and

_____ (Limited Partner & Participant).

**<u>Heritage Acquisitions Group offers participation in a private organization</u>**

**<u>by invitation only.</u>**

**Purpose**

Heritage Acquisitions Group's Offering of Damaka Mine Development LLLP (the Partnership) was formed for the purpose of allowing individuals to participate in a mining endeavor for lesser amounts than normally possible.  Damaka Mine Development is accomplished through combining the resources of the Limited Partners and the General Partner in order to facilitate the Liberian mining company, Damaka Mine.

Damaka Mine Development LLLP is managed by Heritage Acquisitions Group, Inc. (General Partner).  The General Partner accomplishes the establishment and operations of the Damaka Mine by using the amount of the Unit purchases of the Limited Partners that participate.  Funds are deposited in our U.S. privately held operations account for Damaka Mine Development purposes only and the General Partner holds all discretion on allocation of these funds as they relate to the Damaka Mine Development's day to day operations.  Participation in this venture is by invitation only and individuals participating are doing so by their own free will.  Any future participation continues to be by invitation only and Management reserves the right not to offer or renew a Limited Partner's involvement in separate ventures.

ERROR: undefined
OFFENDING COMMAND: colorimage

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 29 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-4   Filed 03/30/18   Page 2 of 20   Pageid#:
1354



# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

# OUR COMPANY OVERVIEW
# &
# CAPITALIZATION OVERVIEW



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

# DAMAKA MINE DEVELOPMENT

## OUR COMPANY

Damaka Mine has been many years in the making. It is truly a company built upon relationship. Damaka was brought into existence only due to the coming together of a diverse group of individuals whose paths converged in a very unique way. Most times in life these paths that are crossed never take root in any significant way and people just move on. Fortunately that was not so in our case.

The primary founding members of this endeavor have come together over a seven year period of time. Armando Costabile & Jason Wendt, who are the managing partners, first came together through a working relationship when Armando was the sales manager for a construction firm doing work at a commercial building that Jason owned as part of a building services contracting company that he had started over twenty years ago while attending Rochester Institute of Technology. From the very start, a great bond of friendship developed between Jason and Armando. Soon Armando decided to leave the construction firm to head up the sales for Jason's company that services various types of commercial and industrial buildings, arenas, and performing art centers throughout New York and several other states. They worked closely together for over three years and had a great deal of success growing the company together.

© DAMAKA MINE DEVELOPMENT

Case 7:15-cv-00456-MFU-RSB  Document 194  Filed 07/28/21  Page 31 of 191  Pageid#:
Case 7:15-cv-00456-MFU-RSB  Document 180-4  Filed 03/30/18  Page 4 of 20  Pageid#:
1356

In 2009 Armando and Jason collaborated on a project at the request of a mutual friend who had asked them to assist him with his recently formed commodity trading company.  His commodity company had pooled over forty-five million dollars and was working with a trade broker who was putting together large commodity trade contracts for them on an international basis.  The new commodity company lacked a strong administrative presence, corporate structure, proper accounting practices, and investor relations.  Armando and Jason were able to properly reorganize the company, perform some needed due diligence and a forensic audit, and get the company to a place where they had a strong understanding of where it stood.  This allowed the new company to establish a proper path forward.

During this project, Armando also assisted this mutual friend in the logistics of promoting a professional wrestling event.  The wrestling promotion that they put together brought in many of the legends of the sport for a three day event that included a formal dinner, multiple signing parties, video montages, and more.  During the early stages of the event's development Armando was introduced to Joe "Road Warrior Animal" Laurinaitis of The Road Warriors tag-team.  Joe took a great deal of interest in the project as it was very different from the typical events that he has been involved with in the past.  Joe and Armando had an instant connection. The "Legends of Wrestling" event turned out to be a great success and Joe and Armando stayed in contact and continued to develop a strong friendship after the event.

Soon after the conclusion of the wrestling event, Armando and Jason capitalized on their new insights into the world of commodities and utilized their strong organizational and structural skills to embark on building their own company to locate, acquire, and control their own physical commodities.

The first Offering that Armando and Jason developed for their limited partners was a commodities trading program on the Chicago Mercantile Exchange that was kicked off in October 2010. Through a managed array of six to eight independent CME traders, who each had their own individual trading techniques and market reaction styles, Armando and Jason were able to balance and disperse the funds amongst the traders for optimal results. They would adjust the funds to the traders most equipped for the varying market and trading conditions at any given time. They also developed a stop and gain parameter unique to each trader which gave each trader a base guideline to operate off of that played to their particular strengths the best.

When all of the aspects of this trade program were put together it lead to an amazing result in which their Heritage Direct Trade Program was able to turn about a 146% profit for their limited partners in a one year time frame.

During the period of time that Armando and Jason were still laying this groundwork for their new company Heritage Acquisitions Group, Joe had reached out to Armando. Joe had a friend named Victor Bedell that he had met several years before at his church. Victor had a potential project with his home country of Liberia that he was very passionate about. Victor wanted to bring cement and rice into Liberia to help build infrastructure and feed his people. Armando and Jason worked with Victor for several months to put together a deal for the rice and concrete, but no one on the Liberian side was able to provide enough capital to pay for the goods upon arrival at port. The best that the Liberian side of the deal could offer was to warehouse the goods and pay for the shipment over time as they retailed the rice and concrete. Armando and Jason had not structured their company for a transaction of this sort, so the deal never came to fruition.

During this process though, Armando & Jason developed a good friendship with Victor and learned a lot about his homeland of Liberia and the great resource that was there. Victor told them about the remote area in which he had grown up and also the land rights that he, his extended family, and the other villagers held. Armando and Jason also saw Victor's strong concern and drive to help his people and family back home in Liberia, even after his rice and concrete project did not come to fruition. After extensive research into Liberia, long deliberation and thought into a viable corporate structure, Jason and Armando developed a plan to utilize the minerals in Victor's homeland as a way to fund a "not for profit" which would funnel profits back to the local villages and develop an infrastructure for them starting with fresh water, food, medical needs, and schools.

Victor was overjoyed with the plan and the opportunity to help not only a large number of his people in the villages and towns around the area that he grew up in, but also ourselves, our families, and our friends in the process. So we planned our initial exploratory trip to Liberia. We needed to see exactly what we had there. The expedition left in October 2010, the same month we started our Heritage Direct Trade Program.

A few months after our return from Liberia we were introduced to a critical member of our administrative staff. This introduction occurred through a "chance encounter" at a local gym in Minnesota where Joe met Richard Wesley Harmon. Wes is a native Liberian, who had worked his way up in the Liberian government. When he left Liberia for the America during their civil war, he had achieved the position of Assistant Commissioner of Customs/Chief Inspector of the Ministry of Finance. In this position he helped develop and manage the Liberian customs system in all of their seaports and border checkpoints.

HERITAGE ACQUISITIONS GROUP          Page 671 4 of 9          © DAMARA MINE DEVELOPMENT

Wes was able to use his position within the Liberian government to gain U.S. citizenship during the Liberian civil war and he brought his family here to the United States and eventually settled in Minnesota. In America he has had great professional success and has made a very good living working for companies such as the Fortune 500 Company Best Buy as their Tax Compliant Manager with an annual tax budget of over two billions dollars, Ingersoll Rand as their Tax Compliance Officer, IBM as their Payroll Supervisor, Lectra USA as their Senior Accountant, and CIT Group as their Sales Tax Compliance Manager.

Wes was invited back to Liberia by the Liberian government as their civil war began to subside and for a year and a half he served as their Deputy Commissioner of Customs and Excise with the Bureau of Customs and Excise, Ministry of Finance. Upon his return to Liberia he was tasked with the responsibility to reestablish the customs department and restructure the port system. Wes retains very strong ties and friendships to personnel in all levels of the Liberian government and to this day he continues to provide ongoing consulting services with the Bureau of Customs and Excise now that he is back living in the States.

We are very privileged to have Wesley on our permanent staff. Like Victor, he has a strong desire to help his fellow Liberians. He will be moving his wife and children from Minnesota back to Liberia so that he can work as our liaison between the Liberian government and us. He will be in charge of our Monrovian mining office where he will process our visas, establish the long term residency of our mining staff, facilitate both the importing of our equipment and supplies through Liberian customs and the exporting of our minerals back out through Liberian customs. He will also be our Compliance Officer to be certain that we meet all the rules and regulations of operating in Liberia and the United States.

© DAMAKA MINE DEVELOPMENT

Armando Costabile is the Vice President and 50% owner of Heritage Acquisitions Group, Inc. He is one of the two managing partners for both our limited partnership and our mine operations. After attending Buffalo State College he worked for the national firm Royal Environmental in the field of commercial/industrial environmental remediation. There he oversaw the excavation and replacement of creek beds and riverbeds due to industrial contamination, the reclamation or dismantlement of large factories, and other environmental decontamination projects across the county.

Armando has also been instrumental in the strategic growth of two construction companies and a building services contracting company as either a leading sales representative or sales manager. He brings a very strong work ethic, a diverse skill set, managerial experience, diplomatic sensibilities, charisma, a tenacity for follow through on all he sets his mind to, swift and accurate tactical planning and adjustments on-the-fly while in a situation, and the ability to solve tough issues by thinking outside of the box with unique and original ideas. He also has a strong drive to help those that are less fortunate as he and his family has a long history of involvement with food programs and charitable giving in various parts of Africa and the sponsorship of African children that long predates the start of this endeavor.

Jason Wendt is the President and 50% owner of Heritage Acquisitions Group, Inc. He is the other managing partner for both our limited partnership and our mine operations. Jason graduated in the top ten of his high school class while spending his junior and senior school years in an engineering co-op with General Motors. There he attended special advanced classes will performing full time work at a production plant under the mentorship of engineers, corporate executives, and inancial executives.

© DAMARA MINE DEVELOPMENT

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 36 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 189-4   Filed 03/30/18   Page 9 of 20   Pageid#:
1361

Jason then attended the Rochester Institute of Technology in their Microelectronic Engineering department. In his fourth year of study he shifted all of his focus onto the growth of his building services contracting company that he had started in his second year of RIT. His company has generated well over forty million dollars to date. It has loyally and successfully served hundreds of commercial clients in New York, Pennsylvania, Kentucky, and elsewhere for over twenty-two years while providing gainful employment for thousands of individuals and families along with spinning off four other successful service companies that all continue to operate to this day.

Jason's experience of over twenty years in business development and operational corporate management contributes to his strong attention to detail, logistical and organizational skills, strategic foresight, executive management skills, disciplined financial management and cash flow balancing, long term stability, and the ability to turn ideas into successful, functional reality. Jason and his family also have a strong desire to help those in need with the financial support of dozens of global outreach missions throughout the world over the last twenty years, support of extended family members that serve as pastors and missionaries, and the long term sponsorship of two foreign children.

Joseph Laurinaitis is a primary partner of Damaka Mining, Inc. Joe grew up in a sports oriented household and from a young age he strove to be the best in all that he did and excelled in athletics. He began his professional wrestling career in 1982 as "The Road Warrior". He soon became known as "The Animal" as part of a tag-team wrestling duo known as "The Road Warriors" along with Mike "Hawk" Hegstrand. Joe and his partner went on to win multiple world championships and performed internationally at the top of their industry for almost two decades.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 37 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 100-4   Filed 03/30/18   Page 10 of 20   Pageid#:
1362

Joe, as a top tier talent in the wrestling industry, worked for leading promotional companies such as the AWA, NWA, IWS, WWF, WCW, and the WWE who built their entertainment products, reputations, and sales success upon the athletic excellence, reliability, business professionalism, and high level of commitment to the sport that Joe provided for all of them year after year for two decades. In 2011 Joe and The Road Warriors were honored by the wrestling industry with their induction into the WWE Wrestling Hall of Fame.

Following Joe's professional wrestling career he has been very involved with the Fellowship of Christian Athletes. He gives motivational and life changing speeches at schools, churches, and public events all across North America. He has mentored and trained many young athletes, which includes his own son James Laurinaitis who is the starting middle linebacker for the St. Louis Rams. Joe raised his oldest son Joseph to serve in the Marine Corps, serve as a police officer in Ohio, and will soon be joining us as part of our team in Liberia. Joe and his wife Julie, along with their daughter Jessica, have a great heart for the people of Liberia and are an invaluable motivating strength in bringing the mine into production and organizing our humanitarian outreach.

Victor Bedell was born in Liberia, Africa and is a primary partner of Damaka Mining, Inc. He was born barely half a year before two decades of civil war began raging throughout his county. He grew up during the course of Liberia's ever changing power struggle until he was granted refugee status and came to America to live in Minnesota. He has worked tirelessly as a nursing assistant caring for others in order to send money back home to his family and village to provide the bare necessities for living. He has continually struggled to put ideas together for larger scale assistance for his fellow Liberians beyond what he can ever produce alone after providing for his own wife and children.

Case 7:15-cv-00456-MFU-RSB   Document 135-4   Filed 03/30/18   Page 11 of 20   Pageid#: 1363

Victor is the heart and soul of Damaka Mining, Inc. and our humanitarian outreach to Liberia.   It has been, and will continue to be, his endless drive and constant determination to assist his people that have fueled our endeavor.  His untold sacrifices and ever giving nature goes to the heart of why we have this Offering.  It directly affected the way in which we designed our corporate structure.  It is why we must put so much emphasis on our humanitarian outreach. It is why we are looking so hard for those with like-hearts and like-minds to partner with us to accomplish something amazing.  Something with far reaching impact for the people of Liberia, for those here in the United States, and for those in parts of the world yet unknown.



© DAMAKA MINE DEVELOPMENT

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 39 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-4   Filed 03/30/18   Page 12 of 20   Pageid#:
1368
1364



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

## CAPITALIZATION OVERVIEW

**Phase I**

In our first phase of capitalization we brought in $75,000.00 to finance our initial trip to Liberia to visit with the Liberian government, local leaders, and visit the alluvial mining sites. This phase was accomplished through partner resources and bringing in two Limited Partners.

**Phase II**

Our second phase of capitalization was again a small one at $600,000.00 to finance our geological feasibility report upon our return from Liberia and facilitate our corporate structure. This phase was accomplished by bringing in an additional four Limited Partners.

**Phase III**

Our third phase brought us to our current $4,000,000.00 amount raised to date. This phase has been used to develop our Liberian government relations, obtain all of our land rights & licenses, and to begin the acquisition of our gold processing mining equipment as well as our heavy excavation equipment. This phase was accomplished by bringing in twenty-four Limited Partners as a mix of a few with larger contributions and the remaining coming in with smaller contributions from family and friends that wanted involvement.

We also brought in some of the funds through private loans from Limited Partners of our Heritage Direct Trade Program that will be paid upon receipt of full capitalization. We did this to start the clock as soon as possible on the building of our trommel and gold finishing equipment, as these pieces had the longest manufacturing turnaround time. We needed to have them start the manufacturing processes as soon as possible in order to try and stay on our current timeline. All Heritage Direct Trade Program Limited Partners that loaned funds to us were also already Limited Partners in Damaka Mine Development LLLP and have a vested interest in Damaka Mining going into production.

**Phase IV**

Phase IV will be our final round of capital fundraising and will bring us into mining production and support up to six months of operations. This final Phase is critical in completing our equipment purchases, shipping, setting up our camp, and bringing us into production.

We have included on the following pages our financial breakdown that shows all capital allotments that include the loan repayments in an all-encompassing overview.

# FINANCIAL BREAKDOWN

## Overall Company Budget

All items that are shipped have shipping costs included

| Item | Cost |
|---|---|
| Initial Partner Trip in October 2010 | $75,000.00 |
| Geological Report & Retainer | $95,000.00 |
| Liberian Corp Setup, Mining Licensing, & EPA Assessment | $70,000.00 |
| Land Acquisitions (land purchase, government land rental, & Class C buyouts) | $105,000.00 |
| Business Development/Fund Raising Travel | $50,000.00 |
| Administrative & Office Expenses (8 months: 6/2011 - 1/2012) | $328,000.00 |
| Logistical Trip to Liberia (5 Partners + 5 Specialists + 2 Security) | $225,000.00 |
| Phase III Capitalization Loan Repayment | $1,351,500.00 |
| Acquire, Setup, and Secure the Monrovian Office/Compound/Waypoint | $230,000.00 |
| Establish Government Liaison, Customs Setup, Visa Processing, etc. (2 months) | $45,000.00 |
| 1st Mission (5-10 staff for 2 weeks + humanitarian supplies) | $250,000.00 |
| Camp Setup Labor - tech salary (15 techs for one month) | $187,500.00 |
| Flights for Camp Setup Techs (15 techs - one way) | $45,000.00 |
| Security During Camp Setup (one month) | $70,000.00 |
| Fencing to Secure Camp (installed) | $125,000.00 |
| PELA Well Drilling, Filtration Device, Storage, Sewage, Plumbing | $265,000.00 |
| Communications Setup, Satellite Uplink, SAT Phones, Security Cameras | $270,000.00 |
| MSI/NWE Consultant to Setup Trommel and Mining Equipment on Site (2 weeks) | $35,000.00 |
| WGM - Initial Exploration and Advisement Prior to Operations (2 weeks) | $30,000.00 |
| Fuel for Camp Setup (1 month of 10 diesel units running 24 hours per day) | $325,000.00 |
| Living Quarters (15 campers) | $700,000.00 |
| Bunk Houses for Security & Vendors | $200,000.00 |
| Kitchen, Laundry, & Restroom/Shower Containers | $210,000.00 |
| Excavation Equipment (2 excavators, 2 dump trucks, 2 dozers, 1 loader) | $718,000.00 |
| MSI Gold Equipment (trommel, dual jig, finishing table, 2 water pumps, hoses, electrical) | $714,000.00 |
| Hook Truck to Haul Fuel, Trailers, Equipment | $260,000.00 |
| M813 Transport Truck for Personnel and Towing (2) | $150,000.00 |
| 5 - Side by Sides (with additional brush guards, light racks, other accessories, etc.) | $130,000.00 |
| Gen Sets (2 - 300KW; 2 - 100KW) | $265,000.00 |
| 20 Light Towers | $215,000.00 |
| 5 Fuel Storage Tanks (~4k - 5k gallons each) | $160,000.00 |
| Tools, Spare Parts, Maintenance Supplies | $75,000.00 |
| Hydraulic Repair Kit and Various Hoses and Fittings | $71,000.00 |
| 5 - 20' Containers for Shipping and Onsite Storage | $22,000.00 |
| 25 - 20' Flat Racks for Equipment & Camper Transport, Some Converted to Bridges | $95,000.00 |
| Building Supplies (lumber, piping, plumbing, conduit, wiring, cinder blocks, concrete, etc.) | $130,000.00 |
| Miscellaneous/Unknown/Safety (~20% reserve) | $1,587,000.00 |
| General Consultation Services | $1,200,000.00 |
| **Total Expense:** | **$11,079,000.00** |

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 41 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-4   Filed 03/30/18   Page 14 of 20   Pageid#:
1361

## ...FINANCIAL BREAKDOWN

# Base Monthly Operating Budget for One Mining Team

| Item | Cost |
|------|------|
| Mining Staff Pay - 17 techs | $212,500.00 |
| Life/Health/Disability Insurance - 17 techs | $51,000.00 |
| Vendors (Security, Geologists) | $150,000.00 |
| Fuel (63,000.0 gallons X $5.00 per gallon) | $315,000.00 |
| Maintenance/Repairs of Equipment & Camp | $20,000.00 |
| Business Insurances | $20,000.00 |
| Office/Yard Compound in Monrovia  (Administrative salary Included) | $30,000.00 |
| Food & Beverage | $20,000.00 |
| Flights for Mining Staff | $25,000.00 |
| Tips and Miscellaneous | $10,000.00 |
| **Total Monthly Operating Expense:** | **$853,500.00** |
| **Times 6 Months of Operations:** | **$5,121,000.00** |

The above operating budget is the bare essential budget to keep the mine operational for a six month period of time.

The operating budget below shows a projected profitable month of operations and the additional costs associated.

# Monthly Operating Budget for One Mining Team
### Based on $12M Gross Production

| Item | Cost |
|------|------|
| Mining Staff Pay - 17 techs | $212,500.00 |
| Life/Health/Disability Insurance - 17 techs | $51,000.00 |
| Employee Profit Sharing - 3% of Gross | $360,000.00 |
| Vendors (Security, Geologists) | $150,000.00 |
| Fuel (63,000.0 gallons X $5.00 per gallon) | $315,000.00 |
| Maintenance/Repairs of Equipment & Camp | $20,000.00 |
| Business Insurances | $20,000.00 |
| Office/Yard Compound in Monrovia  (Administrative salary Included) | $30,000.00 |
| Food & Beverage | $20,000.00 |
| Flights for Mining Staff | $25,000.00 |
| Gold Shipments & Security to Refinery | $15,000.00 |
| Tips and Miscellaneous | $10,000.00 |
| Taxes, Customs, Licensing, Fees -15% of Gross Production | $1,800,000.00 |
| Damaka Outreach - 5% of Gross Production | $600,000.00 |
| Internal Growth - (see Additional Crew Startup Cost) | $951,196.27 |
| **Total Monthly Operating Expense:** | **$4,579,696.27** |

# FUTURE GROWTH & ADDITIONAL CREWS

Due to the quantity & content of the land and the rights that we hold, we have built a tremendous amount of future growth into our business model to take the greatest advantage possible of this. This growth is an internal growth occurring organically from within the company with proceeds generated from normal operations, without being dependent upon any future external capital from current or future investors.

We have a fixed growth expense built into our company's operational budget that is detailed below. Also, future manufacturing volume discounts that were negotiated are reflected here.

Our planned growth rate is to add three new crews by the end of first year and then add a minimum of at least two additional crews in each of the subsequent years. This growth rate will allow us to expand as quickly as possible the first year and then scale back to a growth rate that can be substantiated over the course of several years to follow.

## Cost to Establish a New Mining Crew

| Item | Cost |
|------|------|
| Living Quarters (9 campers) | $405,000.00 |
| Kitchen, Laundry, & Restroom/Shower Containers | $200,000.00 |
| Fencing to Secure Camp (installed) | $100,000.00 |
| PELA Well Drilling, Filtration Device, Storage, Sewage, Plumbing | $250,000.00 |
| Excavation Equipment (2 excavators, 2 dump trucks, 2 dozers, 1 loader) | $667,520.00 |
| MSI Gold Equipment (trommel, dual jig, finishing table, 2 water pumps, hoses, electrical) | $664,428.80 |
| 2 - Side by Sides (with additional brush guards, light racks, other accessories, etc.) | $46,000.00 |
| Gen Sets (1 - 300KW; 2 - 60KW) | $182,560.00 |
| 12 Light Towers | $161,280.00 |
| 2 Fuel Storage Tanks (~4k - 5k gallons each) | $50,000.00 |
| Tools, Spare Parts, Maintenance Supplies | $60,000.00 |
| 5 - 20' Containers for Shipping and Onsite Storage | $16,800.00 |
| Building Supplies (lumber, piping, plumbing, conduit, wiring, cinder blocks, concrete, etc.) | $50,000.00 |
| **Total Crew Setup Expense:** | **$2,853,588.80** |
| **Monthly Cost on 90 Day Cycle:** | **$951,196.27** |

# FUTURE PERFORMANCE

The charts below show a three year projected growth. All production numbers throughout the three year span are based on our current conservative rate of 6 grams per ton of soil and do not take into account the soil sampling, coring, and site mapping that our geological firm will be performing to increase production.

The top half of the charts show the production rates for the start of that year pertaining to the amount of equipment on site, but does not reflect the increases that occur throughout that year. The increases are only reflected in the monthly Limited Partner profits found in the bottom half of the charts and then in the subsequent year's top half of the chart that shows the production.

| First Year Performance | |
|---|---|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommels at the year's start | 1.0 |
| Trommel Hours worked per month | 480.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 48,000.0 |
| Grams of gold per ton of soil | 6.0 |
| Grams of gold per month | 288,000.0 |
| Troy ounces of gold per month | 9,259.6 |
| Dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $12,037,424.04 |
| Operational Budget | $4,579,699.27 |
| 40% Net Profits | $2,983,089.91 |
| **First Trommel Unit (base amount used to calculate each duplication)** | |
| 1st Month limited partners profits | $2,983,089.91 |
| 2nd Month limited partners profits | $2,983,089.91 |
| 3rd Month limited partners profits | $2,983,089.91 |
| **Second Trommel Unit Added** | |
| 4th Month limited partners profits | $5,966,179.82 |
| 5th Month limited partners profits | $5,966,179.82 |
| 6th Month limited partners profits | $5,966,179.82 |
| **Third Trommel Unit Added** | |
| 7th Month limited partners profits | $8,949,269.73 |
| 8th Month limited partners profits | $8,949,269.73 |
| 9th Month limited partners profits | $8,949,269.73 |
| **Fourth Trommel Unit Added** | |
| 10th Month limited partners profits | $11,932,359.64 |
| 11th Month limited partners profits | $11,932,359.64 |
| 12th Month limited partners profits | $11,932,359.64 |
| **Total Annual Limited Partners Profit** | **$89,492,697.27** |

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 44 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-4   Filed 03/30/18   Page 17 of 20   Pageid#:
1369

# ...FUTURE PERFORMANCE

| Second Year Performance | |
|---|---|
| | 16.0 |
| Hours worked per day | 30.0 |
| Days worked per month | 4.0 |
| Number of trommel's at year start | 1,920.0 |
| Trommel Hours worked per month | 100.0 |
| Trommel tons of soil per hour | 192,000.0 |
| Tons of Soil per month | 6.0 |
| grams of gold per ton of soil | 1,152,000.0 |
| grams of gold per month | 37,038.2 |
| troy ounces of gold per month | $1,300.00 |
| dollar per troy ounce | $48,149,696.17 |
| Gross Profit per month | $18,318,797.08 |
| Operational Budget | $11,932,359.64 |
| 40% Net Profits | |
| **Four Trommel Units (no new unit added)** | |
| 13st Month limited partners profits | $11,932,359.64 |
| 14th Month limited partners profits | $11,932,359.64 |
| 15th Month limited partners profits | $11,932,359.64 |
| **Fifth Trommel Unit Added** | |
| 16th Month limited partners profits | $14,915,449.55 |
| 17th Month limited partners profits | $14,915,449.55 |
| 18th Month limited partners profits | $14,915,449.55 |
| **No Trommel Added** | |
| 19th Month limited partners profits | $14,915,449.55 |
| 20th Month limited partners profits | $14,915,449.55 |
| 21st Month limited partners profits | $14,915,449.55 |
| **Sixth Trommel Unit Added** | |
| 22nd Month limited partners profits | $17,898,539.46 |
| 23rd Month limited partners profits | $17,898,539.46 |
| 24th Month limited partners profits | $17,898,539.46 |
| **Total Annual Limited Partners Profit** | **$178,985,394.56** |
| **Limited Partners Profit to Date** | **$288,478,091.83** |

# ...FUTURE PERFORMANCE

| Third Year Performance | |
|---|---|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommel's at year start | 6.0 |
| Trommel Hours worked per month | 2,880.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 288,000.0 |
| grams of gold per ton of soil | 6.0 |
| grams of gold per month | 1,728,000.0 |
| troy ounces of gold per month | 55,557.3 |
| dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $72,224,544.26 |
| Operational Budget | $27,478,195.62 |
| 40% Net Profits | $17,898,539.45 |
| Six Trommel Units (no unit added) | |
| 25th Month limited partners profits | $17,898,539.45 |
| 26th Month limited partners profits | $17,898,539.45 |
| 27th Month limited partners profits | $17,898,539.45 |
| Seventh Trommel Added | |
| 28th Month limited partners profits | $20,881,629.36 |
| 29th Month limited partners profits | $20,881,629.36 |
| 30th Month limited partners profits | $20,881,629.36 |
| No Trommel Added | |
| 31st Month limited partners profits | $20,881,629.36 |
| 32nd Month limited partners profits | $20,881,629.36 |
| 33rd Month limited partners profits | $20,881,629.36 |
| Eighth Trommel Unit Added | |
| 34th Month limited partners profits | $23,864,719.27 |
| 35th Month limited partners profits | $23,864,719.27 |
| 36th Month limited partners profits | $23,864,719.27 |
| Total Annual Limited Partners Profit: | $250,579,552.37 |
| Limited Partners Profit to Date | $519,057,644.20 |

HERITAGE ACQUISITIONS GROUP
HDMD FINANCIAL OVERVIEW
Page 17 of 8
PHONE & FAX 877-705-7075
© NOVEMBER 30, 2011
Case 7:15-cv-00456-MFU-RSB Document 171-1 Filed 01/09/18 Page 18 of 21 Pageid#: 683

# CONCLUSION

We feel strongly that this projected budget is more than adequate in bringing us to a strong start and allow us to develop into a very strong, thriving mine within Liberia, Africa. We have been very diligent with our approach to detail, we have made sure that we are not caught by surprise at any point, and have left no stone unturned in our research into the industry & country that we will be dealing with. We have formed a strong plan along with key personnel to ensure long stability and growth.

As stated previously, the pro forma profit projections in this Capitalization Overview and those also found within our Damaka Mine Development Offering presentation book are calculated on production rates, gold densities, and gold pricing with very conservative expectations and are approximately 50% lower than our expected actual results. We have also not taken into account operational efficiencies due to the economy of scales we will experience as we grow larger nor the various other minerals that we will be harvesting in addition to the gold. Even if we were to achieve a fraction of our projections, the profit returns are still very significant for this or any other type of business.

If you have any questions about anything contained within this document or would like any further clarification please do not hesitate to ask. We are available at our toll free number or via our email and look forward to continuing this conversation.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 47 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-4   Filed 03/30/18   Page 20 of 20   Pageid#:
1372



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

IF YOU HAVE ANY QUESTIONS REGARDING THIS OFFERING OR
IF YOU WOULD LIKE TO PURSUE THIS OFFERING FURTHER,
PLEASE CONTACT US:

## ARMANDO COSTABILE

ARMANDO@HERITAGEACQUISITIONSGROUP.COM

## JASON WENDT

JASON@HERITAGEACQUISITIONSGROUP.COM

## OUR TOLL FREE NUMBER

(877) 705-7075

---

**Exhibit 4**

Case 7:15-cv-00456-MFU-RSB   Document 194-5   Filed 07/28/21   Page 49 of 191   Pageid#:
1874
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 2 of 144   Pageid#:
687



# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

# OUR COMPANY OVERVIEW

Case 7:15-cv-00456-MFU-RSB   Document 135-5   Filed 03/30/18   Page 3 of 144   Pageid#: 1373



Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 51 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 4 of 144   Pageid#:
1376



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

# TABLE OF CONTENTS

An Introduction ................................................................................................................. 1

Humanitarian Outreach ..................................................................................................... 2

The Engine ......................................................................................................................... 4

Henry Town Region ........................................................................................................... 7

Mining Licenses ................................................................................................................. 9

Mining Operations & Internal Growth ............................................................................. 10

Certified Gold Assay .......................................................................................................... 12

Security .............................................................................................................................. 13

Equipment Outfitter ......................................................................................................... 15

GeoEnvironmental Engineers ........................................................................................... 16

Communications ................................................................................................................ 17

Gold Refinery ..................................................................................................................... 18

Conclusion ......................................................................................................................... 19

Mining License Documents ............................................................................................... 21

Photographic Overview of Our Liberian Expedition ......................................................... 31

Photographic Overview of Our Mining Equipment .......................................................... 46

Photographic Overview of Our Excavation Equipment ..................................................... 52

Mining Feasibility Report ................................................................................................... 61

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 52 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 5 of 144   Pageid#:
1377
1391



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

# DAMAKA MINE DEVELOPMENT

# AN INTRODUCTION

We would like to thank you for taking the time to consider your participation with us in our Damaka Mine Development offering. As you begin to digest all of the information that we will present you with, we believe you too will see the very special opportunity that we all have before us.

In October of 2010, after almost a year and a half of preparation, we went on an expedition deep into the jungles of Liberia, Africa with one of our partners who is a native of this land. He grew up on many acres of remote untouched lands that are ripe with gold and many other precious minerals. On our trip he was able to show us that the resources on this land are vast and that the local people are trying their best to work the land by hand with antiquated techniques and homemade equipment. Due to their circumstances they do not have the capability to effectively and efficiently accomplish any substantial extraction of gold from their lands. The gold that they are able to harvest, they are cheated on in trade for daily supplies such as rice and building materials. They are left desperate for the most basic of needs.

# HUMANITARIAN OUTREACH

Prior to our exploratory trip we had developed a plan to bring modern mechanized mining techniques to this land that is structured in such a way that it is coupled with a robust humanitarian outreach which would assist the people at a local and personal level if they were to invite us into their lands.  We were able to present our plan to all levels of government from Federal, County, and especially at the local level to the village leaders and landowners.  Our plan showed how our mining operations would provide income streams for the Liberian government, many Liberian businesses and their employees, productive and well-paying jobs for the local villagers.  A portion of our profits will directly fund our humanitarian outreach to significantly provide the local people with much needed aid, such as medical, food, clothing, clean water, sanitary waste processing, and infrastructure. As we move forward we will work alongside them to educate and equip them for their own long term ability to provide for themselves.

We will operate both our mining and our humanitarian divisions in such a way that we teach these wonderful people how to provide for themselves so that they will flourish and will be able to help themselves and others long after we have completed our tasks and have left.  For example, as we clear an area for the mining process and have completed the mining, we will then restore the land in such a way that we can establish modern farms, ranches, orchards, plantations, and living facilities that the local landowners and villagers will own and be responsible for.

# ...HUMANITARIAN OUTREACH

Our initial humanitarian aid will be a medical mission that we will operate prior to even beginning the mining process in order to bring much needed help quickly, build trust, and prove that we are true to our word. We will provide food, clothing, and medical personnel to administer much needed vaccinations and medical care. Then as we establish ourselves we will expand these efforts into wells with safe water, houses, schools, teachers, roads, electricity, etc.

Our company moniker of *"Coming Together...Working Together...Growing Together"* not only applies to our limited partners and our vendors, but also to those that are willing to share their land resources with us as they do not have the ability to do the proper mining themselves. They are trusting us to look out for their best interests in all that we do. The name "Damaka" comes from their own local language and means *"Together"*...so we are very aptly named.

In order to facilitate all of this ongoing humanitarian effort we have structured our Damaka Mining company with our own nonprofit 501(c)(3) organization called Damaka Outreach that will own a small percentage of the mining operations just like a limited partner. This will allow for the transfer of funds from the operational profits directly into the projects that we and the village leadership determine that they need for their people. We did not go into this endeavor with the desire to only take and not to reciprocate back. Capitalism must be bound with Compassion.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 55 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 132-5   Filed 03/30/18   Page 8 of 144   Pageid#:
1380

# THE ENGINE

The desire to perform all of the humanitarian work in the world is great, but how do you accomplish any of it without the supporting engine of profit generation?  How can you help others, if you cannot help yourself?  What we are going to present to you within this offering is a profit generating engine with the humanitarian outreach built right in.  We absolutely did not know what we truly had until we went into Phase II of our project upon returning home.  When we arrived back home we had a full mining operations feasibility report completed by our geological consulting firm Watts, Griffis and McOuat (WGM).  Their complete report is included later in this offering in its entirety.



WGM's primary task was to first and foremost tell us if we had significant gold deposits anywhere in the area surrounding Henry Town.  We did not tell WGM exactly where our initial parcels were located, but we just tasked them with an approximately 40 kilometer radius around the village of Henry Town and asked them to tell us if they found any gold there in quantities that were commercially viable.  If they did find gold, then they needed to identify any red flags that would challenge or even prevent us from actually operating a mine, whether these obstacles are political, logistical, environmental, and so forth.

Case 7:15-cv-00456-MFU-RSB  Document 194  Filed 07/28/21  Page 56 of 191  Pageid#:
Case 7:15-cv-00456-MFU-RSB  Document 139-5  Filed 03/30/18  Page 9 of 144  Pageid#:
1381

# ...THE ENGINE

After about three weeks of research, WGM presented their results to us at their Toronto, Canada office.  They told us that they had good news and bad news.  The good news was that some of the largest deposits of both alluvial gold and lode gold in Liberia were present in our radius of interest.  As a matter of fact, the alluvial gold is extremely dense throughout the whole area from the surface all the way down about 70' to 100' feet to the bedrock.  Then once you arrive at the bedrock the lode gold runs in large veins throughout the bedrock in multimillion ounce deposits.

The bad news that they thought they had for us was that much of this land is protected and off limits to foreign mining companies and would not even be available to us (see Figures 5 and 13 in the WGM report; within the red Henry Town box all of the yellow areas are already licensed gold parcels and the non-shaded "L" shaped area is the protected area that is not licensed out).  When they showed us this area we instantly knew we had something special.  This exact "L" shaped area is where Henry Town and the local landowners had been protecting these immensely profitable lands for generations and had opened their doors for us to mine.

# ...THE ENGINE

Due to our relationship with our Liberian partner, the village leaders of Henry Town had already made us honorary members of their village. These protected lands are the lands that they had presented us with to mine for them in our Damaka name. We had already had discussions with the Minister of Lands, Mines, and Energy and after they spoke with both the Gbarpolu County and Henry Town leaders the Minister told us that when we were ready to give them the coordinates of the parcels that we wished to work that the licenses were ours for up to 20 years at a time. We would retain the licenses as long as we stayed active and upheld our commitments to the local people. These lands in the "L" cover approximately 75,000 acres and our geologists are telling us that all of it is very viable for gold mining. There is enough acreage available to us that will support very large commercial operations for many decades and more. We already hold ownership to thousands of acres and that is growing almost daily as we work to secure parcels from the individual landowners within this area.

**So we have our Engine, an engine of immense proportions.**

# HENRY TOWN REGION

The Henry Town region is a very special place in this world.  There are probably only five or six other places similar to it on the earth.  This region's geological "twin", as our geologist likes to put it, is the Destor -- Porcupine Fault Complex and the Val d'or-Cadillac-Larder Lake Fault Complex in Northern Canada that has produced in excess of 170 million ounces of gold since the 1960s and is still producing gold and many other minerals to this day.  WGM has extensive experience in this region since they were founded in 1962.

Some of the facts that make Henry Town so special, besides it people,  is that it happens to sit atop one of the most ancient of tectonic plate masses called the Archean (see Figure 2).  This age of tectonic plate rarely presents itself so close to the surface of the earth and it is only about 100' down from the surface.  This brings with it very ancient mineral formations that are very rare and valuable.  To add to this, the actual geological structures and soil on top of this Archean plate are made up exclusively of volcanics.  Volcanics are pushed up from the core of the earth and are rich in all types of minerals, especially iron ore and gold.  This has resulted in a special instance where placer gold is found very densely throughout all the soil from the surface all the way down to the bedrock.  Usually placer gold is found only in streams and river beds in the form of flushed alluvial gold that was eroded by water and friction from solid lode gold in the bedrock.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 59 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 135-5   Filed 03/30/18   Page 12 of 144   Pageid#:
1384

# ...HENRY TOWN REGION

Our geologists are telling us to expect at least an average of about 4 to 8 grams of gold per ton of soil at almost any location and depth within their entire search zone going all the way down to bedrock. Most commercial mining companies will operate all day long at just 2 grams of gold per ton of soil. All of this is before we even reach the bedrock lode gold mining of the solid gold veins.

The other unique geological structure that makes the Henry Town region a location of desire is that the area sits at the base of a large ridgeline of folded tectonic plate (you can see this ridge that runs northeast to southwest across all the maps just below Henry Town on Figures 7 – 10 and as two lines on Figures 11 – 14). This ridge has effectively acted as a massive "trap" to the north of the ridgeline for the gold and iron ore (which often go hand in hand) that over time has been migrating from the northeast of the maps towards the southwest.

On Figure 14 of the WGM report you will see the electromagnetic mapping of the area that depicts the iron ore deposits as the dark brown areas. Massive iron ore deposits have settled at the base of this folded ridgeline. These iron ore deposits are very strong indicators of the placer and lode gold locations of highest densities. This same map also shows the known locations of active placer gold mining and confirmed geological samplings that resulted in both placer and lode gold finds. Besides the base of the ridgeline there are several other locations in the area that our geologists have already located that they expect to find multimillion ounce deposits.

# MINING LICENSES

We successfully completed our EPA Environmental Impact Report with the Liberian government in the summer of 2011 on our selected starting site. This was a prerequisite to being approved for and obtaining our mining licenses from the Ministry of Lands, Mines, & Energy. This allowed us to secure our Class B Mechanized Mining Licenses on September 23, 2011. We have locked the licensing in for five years to be paid annually with ongoing five year renewals based upon active and successful operations.

The mining licenses cover a total of four hundred acres that are subdivided into four contiguous one hundred acre parcels with one license per each one hundred acre section. These initial 400 acres of property are located just southeast of Henry Town. The four claims encompass a long section of the Gaya Creek, with the creek running right down the middle of each claim. The Gaya Creek is just at the base of the all-important ridgeline and sits right on top of a major iron ore deposit that signals very large gold deposits. The creek itself is proven to be full of alluvial gold that has been captured by the ridgeline. These are key signs that we are starting on a prime site that is unusually rich with gold and mineral deposits.

We have included later in this presentation our four Class B mining licenses along with our official claim maps that were newly surveyed by the Ministry of Lands, Mines, and Energy. They sent a government survey team out to the site with our Liberian partner Victor and spent two weeks surveying our claims. Our geologists have reviewed the surveys and concur on their appropriate level of accuracy and precision.

THE AVAKOFF ACQUISITIONS GROUP © DAMARASMINE DEVELOPMENT

698

Case 7:15-cv-00456-MFU-RSB Document 194 Filed 07/28/21 Page 61 of 191 Pageid#:
Case 7:15-cv-00456-MFU-RSB Document 13955 Filed 03/30/18 Page 14 of 144 Pageid#:
1386

# MINING OPERATIONS & INTERNAL GROWTH

We have laid out an operational plan with the assistance of our geologists that will get us up and running very quickly producing gold profits. This is coupled with a long term strategy to locate the large gold and mineral finds. When we were in Liberia, we visited actual active mining pits that the villagers were working themselves on a daily basis. We have confirmed that these locations have substantial gold in them, the sites have already been cleared of trees and brush, and the pits are opened and ready to go. The locals have already brought the pits down to about 10' to 15', which is barely scratching the surface. We will be able to bring in our mechanized equipment and begin to operate immediately taking the pits and creek beds to the next level by getting down to where the larger deposits are with very minimal site preparation as we work our way down to the bedrock.

We have built operational growth right into our business model with duplication of the mining process occurring approximately every 90 to 120 days once the initial mining process has been established. This allows us to grow organically and there is no longer any need to raise new capital from our limited partners. As each new cycle begins we will bring in another mining team that is made up of a complete set of equipment and crew to start working another known placer gold site. This will double our production and our monthly profits with each of these new cycles. In our third cycle our production and our profits will have tripled then quadrupled, and so on with each subsequent cycle. We will continue this cookie cutter duplication process for as long as we can logistically scale up in this manner and still safely remain in control of our operations. At some time in the future we may decide to subcontract parcels out to other mining companies to increase production if the cost benefits warrant it.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 62 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 138-5   Filed 03/30/18   Page 15 of 144   Pageid#:
1385
1387

# ...Mining Operations & Internal Growth

While we are working these already active pits, our geological firm will be going ahead of us mapping out our properties and coring for lode gold and large alluvial pockets.  When they locate a significant find, we will immediately start clearing the area and bring in the appropriate mining team(s).  Each team is made to be light and mobile and will consist of a portable trommel plant that has a production rate of 100 tons of soil per hour that will separate out the alluvial gold, gold nuggets, and diamonds from the soil and rocks.  To feed that trommel will be two excavators, two dump trucks, a wheel loader, a 12 person American crew (9 miners in-country and active at a time) to operate it all, and they will be supplemented with local man-power support as needed.

Later in this offering we have pictures of some of the actual equipment that we described above that we will be using with the first team we send over.  We also have pictures that we took while we were onsite just outside of Henry Town that will show you the current hand mining procedures that we witnessed being performed by the local artisan miners.  Even with their immensely inefficient equipment and limited hand techniques, they were able to extract about 2.5 grams of gold in just one panning while we observed.  We had this gold assayed at Specialty Metals Smelters & Refiners, LLC out of Fairfield, Connecticut.  Our Certificate of Assay shows that our gold we brought back from Liberia was a very high quality sample at 88.527% pure by weight or 21.25 karat (24 karat is gold at 99.99% purity).

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 63 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 16 of 144   Pageid#:
1398

# CERTIFIED GOLD ASSAY

SPECIALTY METALS SMELTERS & REFINERS, LLC
2490 BLACK ROCK TPKE. • FAIRFIELD, CT 06825
800-208-2608 • 203-366-2500
FAX 800-884-7966
SALES@SPECIALTYMETALSREFINERS.COM

REFINERS OF PRECIOUS METALS
GOLD • SILVER
PLATINUM • PALLADIUM • RHODIUM

Company:
Name: Armando Costabile
Address: 104 Towngate Rd.

City/State/Zip: Rochester, NY 14626
Phone: 585-754-7500 or 800-705-7075
Fax:
Email: armando@heritageaquisitionsgroup.com
AMLC on file:

Assay Number:     24898
Received:     Nov 18, 2010
Completed:     Nov 22, 2010

## CERTIFICATE OF ASSAY

| Sample Name/Description | | |
|---|---|---|
| Flakes (gold) | | |
| Weight Received | 2.380 | Grams |

| Metal Content | Percentage by Weight |
|---|---|
| Gold | 88.527% |

Signature:

Signed by: Geoff Gold

Date: Nov 22, 2010

Statement of Conditions.
Our assay apply to only the samples tested and are not necessarily indicative of the qualities of apparently identical or similar products. Limitation of liability due diligence was used in rendering the professional opinion, but if it should fail in some regard, the amount of liability will be limited to an amount equal to the fee.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 64 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 135   Filed 03/30/18   Page 17 of 144   Pageid#:
1389

# SECURITY

In order to determine the level of security that our mining operations would require to protect our investment and our ongoing production, we tasked a well-respected international security agency to perform and provide us with a security assessment of our operations. We selected FAM International Logistics, Inc.



FAM is a U.S. based security firm that provides security solutions throughout the world and specifically in Africa. They already have a large presence in Liberia and provide the security force for Bridgestone/Firestone's 253 square mile rubber plantation in southeast Liberia. They have a sizable, skilled employee base in Liberia and have cultivated extensive cooperative relationships over the last decade with all levels of the Liberian government and law enforcement.

FAM performed their security assessment and while they found no major threat that would prevent us from operating, there is always the chance of theft no matter where you operate. They will be providing us with a contingency of their own internal security agents that will stay with us around the clock and escort all gold shipments. FAM has also negotiated on our behalf with Inspector James Konnie, the Senior Inspector of Police of the Liberian National Police, and he is willing to provision us with ten Emergency Response Unit officers that will stay with us at all times and provide armed security for our camp, operations, and crew.

# …SECURITY

We will also be drawing upon Inter-Con Security for our security needs. Inter-Con is an American security firm based out of Pasadena, California that provides their extensive services on four continents. They have had a permanent presence in Liberia that began prior to the civil wars.



Inter-Con was founded in 1973 to meet the security needs of both commercial and governmental operations. Their first client was NASA. They expanded their governmental clientele through the years by delivering their services to the U.S. Department of State providing security for dignitaries around the world. In Liberia, Inter-Con provides security for both the U.S. Embassy and for the United Nations.

Inter-Con has one of the largest security forces in Liberia with over 1,600 trained security personnel and established management structure in-country. They operate both in Monrovia and in many remote locations throughout Liberia. We will be able to draw upon Inter-Con's experience and relationships within the country to provide an additional layer of security for our operations.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 66 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 138-5   Filed 03/30/18   Page 19 of 144   Pageid#:
1391

# EQUIPMENT OUTFITTER

It was an absolute necessity to find an equipment outfitter that specialized in the mining industry and had world class experience on a global level to deliver the equipment we needed, where we needed it. We also needed an outfitter that could provide us with operational insight in the selection of our equipment based on our unique needs and future growth. We found this in Nationwide Equipment.



NWE was founded in 1983 and is located in Jacksonville, Florida. They service customers in over 60 countries including Liberia with vast experience in Africa with four branch offices located in Ghana, Nigeria, Zambia, and across the border from Liberia in Guinea. Ed Kostenski's NWE is the recipient of both the President's "E" award for Excellence in Exports in 2001 under President George W. Bush and the 2010 President's "E" Star Award under President Barack Obama for demonstrating continued export expansion year after year.

  

As one of our key vending partners, NWE will be assisting us in the training of our mining crews on the equipment that they will be providing us. We will do this at their 24 acre Jacksonville facility where we will be simulating our Liberian mining camp setup and operations before a new crew is sent overseas. They will also provide supplemental staffing, technical support, and advisory staff in our continued expansion.

# GeoEnvironmental Engineers

One of the most important and challenging aspects of our mining operations is water management.  Water is essential for both our mining process and the health of our mining staff.  We must control the removal, relocation, containment, capturing, purification, storage, and waste treatment of all the water that we use and its impact on the local environment.  With our initial mining property being located directly on a major creek path, this escalates the need for professional engineers to design and implement our water control policies and equipment.  One of the best in the business is PELA GeoEnvironmental.



PELA GeoEnvironmental was founded in 1961 and has provided over four decades of geological, hydrological, engineering, environmental, and waste management expertise on a global basis.  They have engineered water flow management for projects such as the De Beers diamond mine in Northern Canada and many other mines and quarries.  In 2006 they received the Alabama Governor's Trade Excellence Award demonstrating PELA's export success around the world.



PELA will provide and oversee our well drilling and water filtration systems for safe drinking water for our mining operations and our humanitarian outreach.  They will assist our Geologists with the engineering and layout of the mines and living quarters of our camps, manage water control of our surface mining pits, and the relocation of the creek for gold extraction from the creek bed and below.

# COMMUNICATIONS

Operating in a remote location in a country with very little infrastructure development and our staff and management being located on two continents, it was critical to find a communications firm that could provide us with reliable, consistent communications in difficult and varying conditions. We found this in 3Di Technologies, a leading edge telecommunications firm.



3Di Technologies was founded in 2004 and is based in Hanover, Maryland with locations throughout the world. These locations include Baghdad and Balad in Iraq, Kabul, Bagram Air Field and Kandahar Air Field in Afghanistan, and Dubai in the United Arab Emirates where they provide secure satellite and microwave communications for the United States Armed Services, the Department of Defense, the Intelligence Community, civilian aid agencies, state  and local governments, foreign allied governments and commercial customers operating in the Middle East, Asia, Africa, and throughout the world.

3Di Technologies will provide us with cutting edge communication and networking equipment coupled with a dedicated satellite uplink connection to provide us with VoIP, video teleconferencing, mobile sat-phones, and a robust data network so that our staff may stay connected within our mining camps, our Monrovian office, our offices and homes in the States, and all points in-between.

# GOLD REFINERY

We have selected Republic Metals Corporation out of Miami, Florida as our initial gold refinery. Their great reputation, cutting edge refining technologies, low refining costs, wide array of services, location in a major international shipping port, and their close proximity to our equipment outfitter all contributed to our decision to utilize them.



RMC was founded in 1975 and has the distinction of being the first refinery in the United States to achieve ISO 14001 certification. They are a patron member of the International Precious Metals Institute (IPMI) since 1986 and they hold a seat on their Board of Directors.



RMC provide a full range of services including an in-house, full-service, Assay Laboratory with state-of-the-art analytical equipment and expert personnel in order to determine with high precision the purity levels of our gold product for the greatest returns. They are able to provide very efficient single pass refining of all levels of gold material that we would deliver to them including mining doré bars, impure bars/ingots, alluvial gold, and even gold dust. They are also able to performing certified custom minting if we so desire in the future.

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 70 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 1335   Filed 03/30/18   Page 23 of 144   Pageid#:
1395

# CONCLUSION

### *So where do we go from here?*

We are looking for a few good limited partners to provide the final funding that
will take us into production. Our goal is to begin returning profits to the limited
partners within 30 days of hitting the ground and extracting gold. Monthly
payments will continue from that point on as long as we continue to extract gold.

### *What can you expect as a return on your investment?*

As a limited partner of Damaka Mine Development LLLP, you will own a portion
of our Liberian mining company Damaka Mining, Inc. As a limited partner you
will be paid out on net operating profits based on the capital that you invested as a
pro rata portion of the overall capitalization provided by our limited partners. We
are looking for a total capitalization of up to fifteen million dollars. The purpose
of this offering is to raise the remaining eleven to twelve million dollars needed to
go into production by the first quarter of 2012. The previous three to four million
dollars accounts for funds previously invested in Phases I and II and also an
allotment to allow existing limited partners the option to add additional funds to
this final phase. This reserved allotment may not be fully utilized so the final
capitalization value may be lower and will be disclosed to all limited partners.

The profits that will be distributed to the limited partners after operational costs,
internal growth, and the built-in humanitarian work will be 40% of net profits.
Please see the example that follows…

# ...CONCLUSION

Here is an example of operational profits and limited partner payouts:

- We work 16 trommel hours a day X 30 days a month = 480 hours per month.
- 480 hours a month X 100 tons of soil an hour = 48,000.0 tons of soil processed per month.
- 48,000.0 tons of soil X 6 grams of gold per ton = 288,000.0 grams of gold per month.
- 288,000.0 grams = 9,259.4 troy ounces X $1,300.00 per troy ounce = $12,037,220.00 gross profits per month.
- 40% of net profits will result in the distribution of $2,968,121.49 back to the limited partners the first month.
- So a $1M investor of a total $15M capitalization will receive 6.67% of the distributed profits each month.
- That would be a $197,973.70 returned the first month.
- By the 3rd month a total of $593,921.10 will have been returned to you.
- After the 3rd month the process is duplicated with an additional mining team and equipment.
- The 4th month the returns will have doubled and $395,947.40 will be returned to you per month and you will have received almost all of your principle back at $989,868.50.
- The 6th month you are $781,763.33 in profit and we begin the 2nd duplication.
- The 7th month the 2nd duplication starts paying and you are now making $593,921.10 per month in profit.
- The 9th month we duplicate again and the 10th month we begin paying out $791,894.80 per month to you and we just continue repeating this growth cycle with funding from within.
- **At the end of the first year we will have returned your capital plus $4.94M in profit on a $1M investment and it just keeps growing from there.**
- *If we are able to average 10 grams of gold per ton of soil, then your annual profits in the first year would increase to $9.9M in the first year...almost 10X your investment.*
- *We could produce half of the projected gross profit per month and you still will have made $1.25M profit on your $1M investment, more than doubling it in the first year alone.*



# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

## MINING LICENSE DOCUMENTS

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 73 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 26 of 144   Pageid#:
1890
License for Claims 1 - 4



# REPUBLIC OF LIBERIA



**License No:** MBL-2011-0023

Authorisation is hereby granted to operate a Class B Mine under and subject to the provisions of Minerals and Mining Act 2000 and the Regulations including the terms and conditions herewith attached. The license is granted to:

Name:  DAMAKA MINING INC

Registration/Identity No.:  FLAG RECEIPT # T1030102 & TIN # 426387000

Of Address:  NEAR GAYARMAH CAMP, HENRY TOWN MINING AGENCY, GBARPOLU
                COUNTY, LIBERIA

Mineral to be mined:  GOLD   Size of production area:  99.9531 Acres

Claim No:  GAYA CREEK CLAIM # 1, 2, 3 & 4  A/SURVEY

County:  GBARPOLU        Code:  100        Mining Agency:  HENRY TOWN

Date of issue:  SEPTEMBER 23, 2011

Date of expiry:  SEPTEMBER 23, 2012

Place of issue:  MONROVIA

Unless this certificate is suspended or cancelled, it shall be valid for 5 YEARS from the date of issuance. License fees are required to be paid yearly within the license period.

SIGNED:

DIRECTOR OF MINES

APPROVED:

ASSISTANT MINISTER FOR MINES

## Survey Map for Claims 1 - 4



Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 75 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 133-1   Filed 03/30/18   Page 28 of 144   Pageid#:
1400

License for Claims 5 - 8

 REPUBLIC OF LIBERIA 

*License No:* <u>MBL-2011-0020</u>

Authorisation is hereby granted to operate a Class B Mine under and subject to the provisions of Minerals and Mining Act 2000 and the Regulations including the terms and conditions herewith attached. The license is granted to:

Name: <u>DAMAKA MINING INC.</u>

Registration/Identity No.: <u>FLAG RECEIPT # T1029995 & TIN # 426387000</u>

Of Address: <u>NEAR GAYARMAH CAMP, HENRY TOWN MINING AGENCY, GBARPOLU COUNTY, LIBERIA</u>

Mineral to be mined: <u>Gold</u>   Size of production area: <u>99.9531</u> Acres

Claim No: <u>GAYA CREEK CLAIM # 5, 6, 7 & 8  A/SURVEY</u>

County: <u>GBARPOLU</u>      Code: <u>100</u>          Mining Agency: <u>HENRY TOWN</u>

Date of issue: <u>SEPTEMBER 23, 2011</u>

Date of expiry: <u>SEPTEMBER 23, 2012</u>

Place of issue: <u>MONROVIA</u>

Unless this certificate is suspended or cancelled, it shall be valid for 5 YEARS from the date of issuance. License fees are required to be paid yearly within the license period.

SIGNED:

DIRECTOR OF MINES

APPROVED:

ASSISTANT MINISTER FOR MINES

M. Arkoi
29-09-11

## Survey Map for Claims 5 - 8



Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 77 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 13945   Filed 03/30/18   Page 30 of 144   Pageid#:
License for Claims 9 – 12



## REPUBLIC OF LIBERIA



License No: MBL-2011-0022

Authorisation is hereby granted to operate a Class B Mine under and subject to the provisions of Minerals and Mining Act 2000 and the Regulations including the terms and conditions herewith attached. The license is granted to:

Name: DAMAKA MINING INC

Registration/Identity No.: FLAG RECEIPT # T1030104 & TIN # 426387000

Of Address: NEAR GAYARMAH CAMP, HENRY TOWN MINING AGENCY, GBARPOLU COUNTY, LIBERIA

Mineral to be mined: GOLD   Size of production area: 99.9531 Acres

Claim No: GAYA CREEK CLAIM # 9, 10, 11 & 12  A/SURVEY

County: GBARPOLU                    Code: 100            Mining Agency: HENRY TOWN

Date of issue: SEPTEMBER 23, 2011

Date of expiry: SEPTEMBER 23, 2012

Place of issue: MONROVIA

Unless this certificate is suspended or cancelled, it shall be valid for 5 YEARS from the date of issuance. License fees are required to be paid yearly within the license period.

SIGNED:

DIRECTOR OF MINES

APPROVED:

ASSISTANT MINISTER FOR MINES

# Survey Map for Claims 9 – 12



Case 7:15-cv-00456-MFU-RSB Document 139-5 Filed 03/30/18 Page 32 of 144 Pageid#:
License for Claims 13 - 16

 REPUBLIC OF LIBERIA 

*License No:* <u>MBL-2011-0021</u>

Authorisation is hereby granted to operate a Class B Mine under and subject to the provisions of Minerals and Mining Act 2000 and the Regulations including the terms and conditions herewith attached. The license is granted to:

Name: <u>DAMAKA MINING INC.</u>

Registration/Identity No.: <u>FLAG RECEIPT # T1030103 & TIN # 426387000</u>

Of Address: <u>NEAR GAYARMAH CAMP, HENRY TOWN MINING AGENCY, GBARPOLU COUNTY, LIBERIA</u>

Mineral to be mined: <u>GOLD</u>  Size of production area: <u>99.9531</u> Acres

Claim No: <u>GAYA CREEK CLAIM # 13, 14, 15 & 16  A/SURVEY</u>

County: <u>GBARPOLU</u>  Code: <u>100</u>  Mining Agency: <u>HENRY TOWN</u>

Date of issue: <u>SEPTEMBER 23, 2011</u>

Date of expiry: <u>SEPTEMBER 23, 2012</u>

Place of issue: <u>MONROVIA</u>

Unless this certificate is suspended or cancelled, it shall be valid for 5 YEARS from the date of issuance. License fees are required to be paid yearly within the license period.

SIGNED:

DIRECTOR OF MINES

APPROVED:

ASSISTANT MINISTER FOR MINES

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 80 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-43   Filed 03/30/18   Page 33 of 144   Pageid#:
1405

## Survey Map for Claims 13 – 16



Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 81 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 34 of 144   Pageid#:
1406

## Complete Survey Map of All Four Claims

Case 7:15-cv-00456-MFU-RSB   Document 194   Filed 07/28/21   Page 82 of 191   Pageid#:
Case 7:15-cv-00456-MFU-RSB   Document 138-5   Filed 03/30/18   Page 35 of 144   Pageid#:
1407



# Heritage Acquisitions Group

# Damaka Mine Development

## Photographic Overview of Our Liberian Expedition

Case 7:15-cv-00456-MFU-RSB Document 139-5 Filed 03/30/18 Page 36 of 144 Pageid#:
Case 7:15-cv-00456-MFU-RSB Document 134 Filed 07/28/21 Page 83 of 191 Pageid#:
1952



Arial overviews on the way to Henry Town from our helicopter...

...these will give you a good understanding of the lay of the land.





Arial Overviews...



HERITAGE ACQUISITIONS GROUP    Page 85 of 91    © DAMARA MINE DEVELOPMENT



Ground photos of our initial Land Cruiser journey into Henry Town.

These photos show the true ground contour of the land.



Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 39 of 144   Pageid#:
1411
Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 07/26/21   Page 86 of 191   Pageid#:
1955



These photos show the dirt roads which are found beyond the
town of Bopolu, the last town until reaching Henry Town.



HERITAGE ACQUISITIONS GROUP — PROSPECTUS — 5' 01 01         © DAMARA MINE DEVELOPMENT



It's easy to see the passable conditions…

…as well as the extremely difficult conditions.





On-the-fly repair of the "road" so we can pass.

All roads are substantial in girth and will allow the passage of our equipment.





A small glimpse of some of the rutty hills that we contended with.

A look at some of the mature palms and foliage.





There is some fairly hilly terrain in areas.





An open placer gold mining pit just outside of Henry Town.

One of the local handmade sluice boxes being used in a gold pit.





Black sand where gold is found is everywhere just 12' – 15' below the surface.

A very shallow creek side area with large surface gold output.



INTERFACE ACQUISITIONS GROUP                                    © DAMARA MINE DEVELOPMENT



The early stages of future placer gold mining pits

as the artisan miners slowly work their way down with shovels.





Our partner Victor (in white behind the pan) after they pan ~2.5 grams of gold.

A close up of the finished pan of gold used for our testing sample.



HERITAGE ACQUISITIONS GROUP            Page 143 of 61            © DAMARA MINE DEVELOPMENT



Armando with some children in the village of Bopolu…

…about 2 hours from Henry Town.





Children in the village of Golaila…

…about 30 minutes from Henry Town.





# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

# PHOTOGRAPHIC OVERVIEW OF OUR MINING EQUIPMENT



The MSI S5 Trommel plant with hydraulic sluice box.



HERITAGE ACQUISITIONS GROUP    © DAMARA MINE DEVELOPMENT



Pre-trommel nugget trap for catching larger gold nuggets and diamonds.

A look at the inside of the trommel.





The two stage 10' sluice boxes.

Close up of the transition between the two stages of the sluice box.



HERITAGE ACQUISITIONS GROUP © DAMARA MINE DEVELOPMENT



The MSI Dual Jig runs the material that is left in the sluice box.

The MSI Finishing Shaker table is the final step in gold separation.





A close up of the gold and the black sand being separated on the Finishing table.

HERITAGE ACQUISITIONS GROUP                    PLAINTIFF 1 OF 01        © DAMARA MINE DEVELOPMENT



# Heritage Acquisitions Group

# Damaka Mine Development

## <u>Photographic Overview of Our Excavation Equipment</u>



Caterpillar D6RXL Bulldozer





Caterpillar D7H Bulldozer





Caterpillar D250E Series II Dump Trucks





Caterpillar 345BL Excavators





Caterpillar 950G Wheel Loaders





M813 5 Ton 6x6 trucks to be customized for multiple duties as personnel carriers and for trailering heavy equipment and fuel through poor logging trails.





Polaris Ranger Crew all-terrain utility vehicles for transportation within camp, quick shuttles back and forth from Monrovia, towing of light towers & trailers.



© DAWSON MINE DEVELOPMENT



Triton 300 KW Enclosed Diesel Generators.

Ingersoll Rand Light Towers with 20KW Diesel Generators.





*Watts, Griffis and McOuat*

*Since 1962*

CONSULTING GEOLOGISTS AND ENGINEERS

# MINING FEASIBILITY REPORT

## FOR

## HERITAGE ACQUISITIONS GROUP

## DAMAKA MINE DEVELOPMENT



*Watts, Griffis and McOuat*
*Since 1962*
CONSULTING GEOLOGISTS AND ENGINEERS

25 May, 2011

Heritage Acquisitions Group,
4075 South Durango Drive
Suite 111-58
Las Vegas, NV 89147

                     delivered by email:  jason@HeritageAcquisitionsGroup.com

Dear Mr. Jason Wendt:

**Re:**    **An Initial Review of the Henry Town Area in Northwest Liberia and its Potential for Mining Lode Gold and Placer Gold Deposits through Property Acquisition, Exploration and Subsequent Development, as of May 2011**

## 1. TERMS OF ENGAGEMENT

Watts Griffis and McOuat Ltd. ("**WGM**") has been retained by Heritage Acquisitions Group ("**Heritage**") to undertake an initial review of the Henry Town area in northwest Liberia. Heritage requested that this review provide information on certain aspects of Liberia, and the Henry Town area in particular, that might impact exploration and mining of lode gold and placer gold deposits.  The requested review topics are summarized as follows:

(a)    an initial compilation of relevant available literature;
(b)    a synthesis of the geology and mineral potential of the Henry Town area;
(c)    the acquisition of satellite imagery covering the Henry Town area;
(d)    relevant information on the history of Liberia and the Henry Town area;
(e)    a compilation of current exploration and mining licences in the Henry Town area;
(f)    issues affecting access for exploration and mining in the Henry Town area;
(g)    a summary of regional transportation connecting to the Henry Town area;
(h)    pointers as to how climate might affect Henry Town exploration and mining;
(i)    the near term availability of exploration accommodation and food supplies; and,
(j)    the availability of water for potential mining operations in the Henry Town area.

Heritage Acquisitions Group
25 May, 2011

## 2. WORK DONE

As a limited time was budgeted for this project it was decided to concentrate mostly on creating useful maps of the Henry Town area and providing an appraisal of its gold potential. Matters relating to Liberia in general and mineralization outside the Henry Town area received less attention. This work is partially summarized on Figures 1 through 6, and the essence of the exploration work completed to date is provided on accompanying Figures 7 through 14 – these figures are found in the Attachments at the back of this report.

An informal compendium of useful images found on the internet in the course of this assignment has also been assembled, and are provided herewith electronically. The images are mainly from junior mining companies with current exploration programs in Liberia, and they provide relatively recent mineral deposit and geological overviews of Liberia and neighboring countries.

## 3. LIBERIA – THE COUNTRY

Liberia has its origins in 1821, when the American Colonization Society began its campaign to send freed slaves from the United States to Africa. Extensive settlement soon followed through to the 1860s. During 1847, the new settlers formally founded the "Republic of Liberia" and created a government structure closely modeled on the United States at that time. Liberia, meaning "Land of the Free", is the oldest independent country in Africa. Its capital is Monrovia.

Liberia lies in West Africa between 4° and 9°N, and between 7° and 12°W (see Figure 1). It has an Atlantic coastline almost 1,000 km long, and it extends inland for some 200-300 km. The total land area is in excess of 110,000 $km^2$. It is approximately the size of the State of Tennessee.

Administratively, Liberia is divided into 15 counties which are further subdivided into districts. The counties are: Bomi; Bong, Gbarpolu, Grand Bassa, Grand Cape Mount, Grand Gedeh, Grand Kru, Lofa, Margibi, Maryland, Montserrado, Nimba, River Cess, River Gee and Sinoe.

Liberia has witnessed two civil wars in recent times, the Liberian Civil War (1989–1996) and the Second Liberian Civil War (1999–2003). Hundreds of thousands of people were displaced and Liberia's economy and infrastructure were largely destroyed. As of July, 2000 the overall population of Liberia was estimated at 3,164,000 and annual population growth was 1.9%. Life expectancy at birth was 51 years and GDP per capita stood at only US$1,000. Partial information available since that time suggests that little has changed since.

🐌 *Watts, Griffis and McOuat*

Heritage Acquisitions Group
25 May, 2011

Liberia has a hot, tropical equatorial climate with temperatures ranging from the low 20°C up to 30°C, with high humidity.  There is heavy rainfall from June to October and a drier season from mid-November to mid-April.  Average annual rainfall along the coastal belt is over 4,000 mm (4 metres or 13.1 feet!), falling to around 2,000 mm inland.  While exploration fieldwork can be carried out year round, the period November through June is preferable.

Mangrove swamps typify the coastal plains and gradually give way inland to rolling hills draped in tropical rainforests.  In the northeast, the hills become low mountains where semi-deciduous forests and sporadic grasslands dominate the landscape.  The highest point in Liberia is Mount Wuteve at 1,440 m above sea level.

Monrovia is a port, an administrative centre and a commercial centre of more than one million people.  It is serviced by an international airport and a number of reasonable quality hotels.  The port has suitable facilities for commercial use.

Liberia's transportation, in 1999, consisted of 657 km of paved roads and 9,943 km of unpaved roads all of which are impacted by the country's heavy rains and suffer from poor maintenance. Unpaved roads are particularly difficult to navigate and require the use of 4-wheel drive vehicles even at the best of times.  A 490 km rail network that connected Monrovia and other port cities to significant iron ore mines was largely dismantled and sold for scrap during the civil wars. Parts of this system are currently being rehabilitated as the railbeds are unaffected.

Historically, Liberia's export economy has been largely dominated by sales of agricultural products (timber, rubber and coffee), iron ore, diamonds and gold, all of which were adversely affected by the recent wars.  Liberia's internal economy is still dominated by subsistence farming in the country's extensive rural areas producing rice, cassava, sugarcane and bananas. Such farming involves as much as 70% of Liberia's total workforce at one time.  High unemployment however has currently become endemic.

Electricity in Liberia is produced by local diesel generators and historically also from hydroelectric facilities.  It is expensive, restricted and unreliable.

A number of images contained in this report's electronic attachments helpfully illustrate much of the above.

Heritage Acquisitions Group
25 May, 2011

## 4. LIBERIA'S GEOLOGY

The early observations of Liberia's geology are mostly generalized descriptions. The first systematic national reconnaissance, geological mapping and mineral exploration work in Liberia was carried out in the 1960s and 1970s by the Liberian Geological Survey. This work was in collaboration with the US Geological Survey under the sponsorship of the US Agency for International Development. Geological and geophysical maps of the entire country were produced on 10 quadrangle sheets in 1973, and records of mineralization were compiled up to that time. In 2007, all this work was made publicly available in digital format as USGS Open File Report 2007-1258. This publication has been used extensively as the basis for the figures accompanying this report. Notwithstanding the comprehensiveness of the above work, detailed geological data for Liberia is still sketchy, certainly by comparison to many other African countries which had long-established government geological survey departments as much as a century ago.

As a summary, the general geology of Liberia has been adequately described by Kushner (2005) – in Hadden (2006), attached – as follows:

*"The geology of Liberia is dominated by Precambrian rock of the West African Craton. Metamorphosed rocks of the Liberian Province underlie the western two-thirds of Liberia while metamorphites and granites of the Paleoproterozoic Eburnian Province dominate in the eastern part of Liberia. The iron ore deposits of the Bong Range occur in the Liberian Province. A narrow belt of supracrustal rocks affected by the Neoproterozoic to lower Cambrian Pan-African event strike parallel to the coastline. Unmetamorphosed Paleozoic to Recent sediments occur along the coast.*

*"The country is cut by three major shear zones: the Cestos and Dugbe shear zones in eastern Liberia which are steeply dipping zones trending NE-SW, and the Todi shear zone found in western portion of the country, which trends NW-SE, cutting the main lithological trends. These major shear zones are associated with placer gold deposits and are extremely prospective targets for the source of the placer gold.*

*"Economic mineralization throughout Liberia is typical of Archean craton deposits. Types of mineralization to be expected in such a terrain are iron deposits as well as quartz vein hosted gold deposits associated with greenstone belts. This environment is also favourable for the discovery of kimberlite pipes. Kimberlite dykes have been discovered in western Liberia, and some are reported to be diamondiferous. The prevalence of abundant placer gold and alluvial diamond deposits throughout the country indicates the likelihood of local sources to the placer deposits."*

- 4 -

*Watts, Griffis and McOuat*

Heritage Acquisitions Group
25 May, 2011

Within the numerous publications on the generalities of Archean and Proterozoic in West Africa, the Liberian rocks are frequently included as a composite part of the "West African Craton". The Liberian portion of this craton is commonly subdivided tectonically, whereby the Archean rocks are considered part of the "Man Craton" (after the large river defining the Sierra Leone/Liberia country boundary) while the Paleoproterozoic rocks are equated to the regionally widespread, "Birimian" sequences seen in adjacent countries. All Birimian rocks were metamorphosed, deformed and "cratonized" in the 2.0 billion year old "Eburnean" orogeny (or "event"). A number of images in the attached electronic image file helpfully illustrate this brief geological review of Liberia and the above points in particular.

The detailed 1973 USGS geological map of Liberia is unsuitable for easy reproduction. For the purposes of this report it was therefore simplified and combined with the current version of Liberia's geology found on the Liberian government resources website into a page-sized map shown on Figure 2 (see Attachments). Its legend and unit simplifications also better reflect the common North American concepts of Archean and associated Paleoproterozoic rocks. The Liberian sourced tectonic divisions of these rocks are shown on Figures 3, and are overlaid on the simplified geology as Figure 4.


## 5.  HISTORIC AND RECENT MINING IN LIBERIA

Liberia has a long history of extensive alluvial gold and diamond mining. Small operations have been working for generations, and continue to the present day. As well, rudimentary artisanal mining has exploited local pockets of gold and/or diamond mineralization in the widespread saprolitic (weathered) bedrock cover of Liberia, especially in the near bedrock saprolite. It is currently understood that if alluvial operations encounter bedrock proper, mining usually ceases. In the rare instances that bedrock is mined, work is mostly confined to visibly mineralized quartz veins, and sometimes to associated mineralized schist. Gold is recovered by panning the manually extracted and manually crushed and pulverized rock.

What is referred to locally as a gold mining operation generally consists of a one to 10-man operation working with spades and a simple sluice box to wash gravels, although many excavated pit areas are tens of meters deep and up 500 m² in aerial extent. Gold nuggets are collected in riffles and from a carpet placed on the bottom of the sluice. Environmentally oriented internet sites claim that artisanal gold miners in Liberia commonly use mercury amalgamation in the final stages of gold recovery, and that this mercury has found its way into some rivers and their nearby populations.

Heritage Acquisitions Group
25 May, 2011

Diamond mining occurs in much the same manner as the alluvial gold operations. Diamond bearing gravels are extracted by hand and then picked over for their larger stones before being washed and "jigged" by hand into small concentrates from which smaller stones are again picked out by eye. The known alluvial diamonds occur mainly in river terraces near Liberia's northern border with Guinea and in another larger area along Liberia's western border with Sierra Leone that eastwards into Liberia for tens of kilometres as far as the Henry Town area. An image in the electronic attachment outlines this distribution.

For several years prior to 1979 Liberia was the second largest producer of iron ore in Africa. It was mined in 5 areas: (1) the Nimba Range in north-eastern Liberia close to the Guinea border (Liberian American Swedish Minerals Company); (2) in the Bomi Hills northwest of Monrovia (Liberian Mining Company); (3) the Bong Hills northeast of Monrovia (Bong Mines); (4) close to the Mano River (Mano Mines and National Iron Ore Company); and, (5) in the Putu Range in the far eastern part of Liberia (Liberian-German Mining Company). A few images in the electronic attachment provide maps and further details of this activity and also illustrate how iron ore production necessitated the construction of what is the now the defunct rail system. Low iron ore prices in the 1970s and early 1980s eventually led to a decline in iron ore production and, with the onset of civil war, iron ore mining declined precipitously and ceased altogether by 1990.

The iron ore came from the very plentiful metamorphosed, hematitic (mainly specularite) banded iron formations in Liberia (known as itabirites) where prolonged surface weathering has leached some of the non-iron oxide minerals from the specularite iron formation resulting in enhanced near surface iron grades, locally up to 70% Fe. Outside Liberia itabirites are mostly seen as a characteristic of Paleoproterozoic aged rocks, but in Liberia most itabirites are currently classified as Archean.

## 6. LIBERIA'S MINERAL LAWS

In April 2000, the Natural Resources Laws of 1956 were repealed and a new Liberian Code of Laws was enacted. Modern rules were created governing all aspects of exploration and mining in Liberia. Pursuant to the 2000 legislation, licenses for mineral reconnaissance, mineral exploration, mineral development and mineral mining are required, as appropriate. Work on a mineral property must be performed to qualify for license renewal and regulations respecting environmental matters in exploration and mining were proscribed. There are restrictions on the use of foreign professionals and the employment of foreign unskilled labor, e.g. for each license granted the holder must employ at least two government geologists or mining engineers.

🏵 *Watts, Griffis and McOuat*

Heritage Acquisitions Group
25 May, 2011

A formal Mineral Exploration Agreement with the Government is required prior to granting mineral licenses and this agreement sets out the payments to be made, the work to be done and the local constraints on activities, if any. The granting of a license conveys exclusive rights to the minerals licensed and in many places these rights will conflict with the activities of artisanal miners. As an example, Liberty Mines, a junior mining exploration company with extensive exploration licenses in Liberia, reported in 2007 that the Liberian Department of Lands, Mines and Energy had dealt with this matter by advising the company that existing artisanal mining licenses within the company's licensed area would not be renewed upon their expiry. However, the company reported that compensation packages were to be expected for expired artisanal mining claim holders; that local miners as well as nearby villagers expected to be employed in the company's exploration work, and that assistance to local community development programs would be required. It is expected that each case will be different and in the Henry Town area the government's likely response to a license application may be different.

The Liberian mineral exploration and development rules have not been extensively reviewed by WGM for this report as they would already seem to be generally acceptable for the numerous and widespread international exploration activities already going forward in Liberia.

## 7. SIGNIFICANT CURRENT EXPLORATION AND DEVELOPMENT ACTIVITY

Data on the distribution and nature of current mineral licenses in Liberia, good as of the end of April 2011, was obtained directly from the Liberian Ministry of Mines, Lands and Energy's website. Mineral exploration and development licenses from this website are shown on Figures 5 and 6 in this report (see Attachments). A combination of all gold licenses with or without permitted base metals or diamonds is shown on Figure 5, while and all license variants for iron only are shown on Figure 6. In an overall sense, the currently issued licenses are extensive in their coverage.

For Liberia, perhaps its most significant mineral developments have been the renewed interest in its world class iron ore deposits. Major iron ore producers, BHP Billiton, ArcelorMittal, Sevestral and China Union, have committed to spend several billion dollars in exchange for title to most of the major known iron ore deposits in eastern Liberia. An Israeli company, Elinto Minerals, has secured rights to most of the western iron ore deposits and appears to be spending mere millions in return. There are several images in the electronic attachments that cover these developments.

- 7 -

Heritage Acquisitions Group
25 May, 2011

For the longer term, but potentially more significant still, Liberia is either about to (or has just done so) begin the process of licensing its offshore shelf areas for oil exploration. Comparisons with adjoining countries would suggest at least some oil and gas will be found.

The more immediate success for Liberia has come from its mineral licensing policy that saw a flood of junior mining companies enter Liberia in the early 2000s. The most notable success so far has been Liberty Mines' discovery of what is shortly to become the 1.5 million ounce New Liberty gold mine. It and adjacent areas were recently carved out of Liberty's extensive landholdings in Liberia and floated on the AIM and TSX stock exchanges as a separate company, Aureus Mining Inc. Hummingbird Resources Inc., on AIM, and Adamus Resources Limited, on the ASX and TSX Venture exchanges, also have significant landholdings and promising properties. Sable Mining Africa Limited, on AIM, has good properties, some of which were optioned from Target Resources (which is basically a diamond dealer claiming to be a junior mining company operating in Sierra Leone). Target's holdings would appear to have been subject to a recent cancellation order by the Liberian Government.

Some Jurassic to Cretaceous kimberlite dykes, first found in the 1940s, and more recently some 800 million year old kimberlite pipes, have been found in western Liberia and are diamondiferous. Some of Mano River Resources (TSX Venture Exchange) and the South African Trans Hex Group's jointly discovered kimberlite pipes have significant surface areas in excess of 4 ha². The discoveries appear to be on the same land footprint as the now uncertain original Target Resources land acquisitions, and therefore their continued tenure may be in question.

Useful property maps and additional information summaries for these properties are contained in the attached electronic files.

## 8. THE HENRY TOWN AREA

Figure 1 shows the country scale location of Henry Town as deduced from internet sources, and Figure 7 shows a 1960s vintage 1:250,000 scale map based on 1950s air photography covering the Henry Town area in detail. Henry Town is not marked on this map and, presumably, was not there at that time. It is likely a relatively recent settlement. According to www.maplandia.com, it is located at 7°19′55″ North, 10°20′35″W in Gbarpolu County and is shown on Maplandia's associated satellite images (see electronic attachments) as "Henry Town-Kominga". Its WGM nominated location was picked by additional consideration of the satellite image shown on Figure 9 and its proximity to the many gold occurrences shown on Figure 11.

Heritage Acquisitions Group
25 May, 2011

An established vehicle track leads from Bopolu, a prominent County Town, to Henry Town, and on to the nearby village of Gengba and beyond, as can be seen on Google's satellite imagery in the attached electronic files. The track is less clearly seen on the acquired satellite image underlying Figure 9. For orthographic reasons this track was traced on the acquired satellite image and repeatedly shown on Figures 8 through 14 for ease of reference. Judging by the reviewed imagery, this track is likely of very poor quality and will undoubtedly require careful navigation with an appropriate bush vehicle. It may not be navigable at all in very wet conditions. The "larger road" at Bopolu is defined far more strongly on the available images but is still likely a driving challenge at all times in this area. This Bopolu "road" connects to Monrovia directly. As this connection is shown on many country scale maps, the Bopolu "road" is likely more-or-less open year round.

Satellite imagery shows that the Henry Town area is well forested in the hilly areas but largely cleared and partially used for local agriculture elsewhere. Within the forested areas the satellite images highlight many relatively isolated rural dwellers whose small holdings are visible as local forest clearings. They are spread throughout the Henry Town area. Numerous small villages can also be identified from the available images where it is estimated inhabitants number in their hundreds. This level of land occupancy means there will be local foot paths to almost everywhere in the Henry Town area and many more seasonally useable vehicle tracks than have been shown on the Figures accompanying this report.

Numerous creeks are shown in the Henry Town Area on the maps underlying Figures 7 and 8. Figure 8 is a subsequent, USGS era map which shows a partial redrawing of the creek pattern. Notwithstanding this evident improvement, the essential topographic base (not shown in this report but available in compatible form at WGM) for the 1970s natural resource data that was released in 2007 is a version of the Figure 7 map. Along with other uncertainties in the USGS 2007 release, this mixing of topographic information has resulted in some registration problems for the data in some Figures (mostly overcome but not aesthetically correctable for the geophysical image in Figure 14).

As well as creeks there are several drainages labeled as "rivers" on Figure 7. Taking into consideration the basic forest nature of this area, the apparently ubiquitous distribution of creeks and the several named "rivers", it would appear there is no fundamental shortage of water in the Henry Town area. The local inhabitants also use this water and, as noted above, some watercourses may be somewhat contaminated from the activities of artisanal mining. Nevertheless, the availability of water would not appear to be a fundamental problem for future larger scale mining at any time of year.

- 9 -

Heritage Acquisitions Group
25 May, 2011

Comparisons between the older maps, e.g. Figure 7, and the more recent satellite image in Figure 9 clearly show an increase in population, forest clearance and land use over the last few decades, a trend in keeping with country scale statistics and with West Africa in general. Ample, if not overabundant, unskilled manpower resources are evidently now available in the Henry Town area, presumably some of whom are involved in logging activities that usually entail some basic skills in the use of machinery. Construction of anything that requires technical expertise will, however, likely need to source professional help from outside the Henry town area, if not from outside Liberia.

The extent of apparent agricultural activities in the Henry Town area suggests that basic food supply (vegetables, poultry products and fruit) will be plentiful, and cheap. Anything canned or wrapped is likely available only in Bopolu and, even there, likely from no more than a rudimentary selection. A contemplated exploration program will likely need to source its more sophisticated (regular style) food and other supplies from Monrovia.

## 9. GEOLOGY AND MINERAL POTENTIAL OF THE HENRY TOWN AREA

As evident from Figure 11, which is extracted from the 2007 USGS open file data, there are numerous gold placer occurrences and historic placer gold and placer diamond activities concentrated in the central and north-western parts of the Henry Town area. Satellite images do not show extensive current excavations so it can be inferred much readily available placer gold recoverable by basic, local style mining activities has already been mined. This might also be inferred from the timing of the collected map data in that it was likely compiled in the 1970s and 1980s during the USGS resource program in Liberia even though it was published in 2007. However, it is hard to imagine that all mining activities has ceased as such placer occurrences tend to have a prolonged life at low levels long after the initial bonanza type mining frenzy is over.

The concentration of noted placer gold occurrences and actual placer gold mines around Henry Town itself suggests that this locality is a basically a "mining town", at least in the not too distant past. The maps and images suggest no clear creeks running through the east-west trend of the Henry Town placer locations. It could be inferred from this that the source of the mined gold was largely in saprolite and not so much from alluvial gravels. In consequence and as an exploration concept, it can be reasonably inferred that a more-or-less, east-west bedrock source of gold lies immediately north of the nominated location for Henry Town and underlies the placer operations fairly directly.

- 10 -

Heritage Acquisitions Group
25 May, 2011

The concentration of creek-related placer gold occurrences some 10 km west-southwest of Henry Town appears to be derived from an area immediately north of the same ridge as seen further east at Henry Town. The inferred gold source here also lies immediately north of the same ridge and it can, therefore, be suggested there may be a geological unit or fault trend (zone), or both, that represents an excellent gold exploration target. More rather diffusely grouped, placer gold occurrences lie along this same trend some 20 km west-southwest of Henry Town. In an exploration context, this is further, very positive, evidence supporting the likely existence of regionally persistent gold mineralization in bedrock. Comparable settings could include the prolific Destor-Porcupine Fault Complex and the Val d'or- Cadillac-Larder Lake Fault Complex in northern Ontario, the first with a historical production of more than 70 million ounces of gold and the second a producer of more than 100 million ounces of gold. Both structures are very long and continuous (>300 km), deeply rooted structural zones that provided conduits for the ascent of gold-enriched fluids from sources deep in the earth's crust.

With respect to the geology map shown on Figure 11 this inferred bedrock gold source lies parallel to and associated with a mapped iron formation and associated iron formation-related sediments. This context for gold mineralization is common in such rocks of Archean age and rather more so in similar rocks of PaleoProterozoic age. Economic gold typically occurs in such associations as mineralized sheets that have long, or very long, strike lengths and mineralization frequently persists to great depths. The model is an "iron formation hosted gold" for which the best known example in North America is the Homestake Mine.

From the available regional magnetic data, displayed as a first derivative image on Figure 14 (the compatible total field equivalent is available at WGM), it can be seen that the Henry Town iron formations are more extensive and continuous than has been mapped hitherto, notwithstanding the about 0.5 kilometer USGS registration problem with the magnetic image[1]. Interpretative inference from the geology map and the Shuttle Radar Thematic Mission (SRTM) image on Figure 10 together with the evidence of the magnetic image on Figure 14 further suggests the presence of near parallel fault structures to the local stratigraphy. Such features are another favorable associate of the larger and more consistent iron formation hosted gold occurrences. It can be further inferred from the magnetic images and geology mapping that the iron formation-bearing geology, units 6 and 7 on Figure 11, are likely folded parallel to the stratigraphy north of Henry Town. More regionally, this folding could be the cause of a regional reduction in the outcrop width of the containing stratigraphy to the southwest of Henry Town. This interpretation implies likely displacements in the axial areas of the folded iron formations. This is a common focus of locally remobilized gold mineralization in the iron formation setting.

---

[1]  The registration error concerns a discrepancy between the co-ordinates attached to two data or map sets which forces the user to apply a correction to the charts or data to allow proper registration.

- 11 -

Heritage Acquisitions Group
25 May, 2011

## 10. LAND AVAILABILITY

Figures 12 and 13 show unlicensed land in the Henry Town area, in particular over the inferred bedrock gold source at Henry Town itself. There is additional open land to the northwest that also contains mapped iron formations and some placer gold occurrences. While the iron formation in general is a very favorable feature in this northwestern area there is little information currently available to WGM that would help pin point an equivalent bedrock gold source there comparable with the Henry Town interpretation.

## 11. COMPETITOR ACTIVITY IN THE HENRY TOWN AREA

Detailed exploration information on a company's individual properties is not always readily available, for obvious reasons, and what follows must be considered incomplete and not necessarily accurate or reliable.

The main iron license in the Henry Town area is controlled by Sable Mining which, beyond optioning the property and carrying out a detailed airborne magnetic survey (see attached electronic files), appears to have done little else.

The gold licenses to the east and south of Henry Town are owned by Liberty International Mineral Corp. and are noted as their Kpo Mountain gold project in the south and their Tewaleta and Gbilta gold projects in the east, on one property compilation (see electronic attachments). By the beginning of 2010 Liberty International had cut extensive grids on these properties and had carried out a great deal of soil sampling resulting in the delineation of 4 zones of anomalous gold-in-soil values. Liberty also reported recovering very high gold values from 3 samples of quartz vein outcrops but noted, as a generality, that they believed the gold in the area was coming from iron formations. It is not known how much geological mapping or geophysics has been done, if any.

TRECO Mining Company, an Israeli construction company, owns the gold licences to the north and west of Henry Town. Besides paying for various local benefits it is not known to WGM, in this brief review, if TRECO has completed any relevant exploration work. This license may be the same license that may have been cancelled earlier by the Liberian government.

Heritage Acquisitions Group
25 May, 2011

## 12. CONCLUSIONS AND RECOMMENDATIONS

The currently available land in the Henry Town appears to be a very favorable target area for the discovery of one or more iron formation hosted gold deposits.

Acquisition of exploration licenses over this area will likely entail additional expenses associated with negotiations and compensations to prior or existing placer miners in the area as well as on-going expenses through local employment requirements and on-going community support.

Apart from very poor infrastructure and a likely lack of skilled labor, it is not currently envisaged that there are insurmountable impediments to the ultimate construction and successful operation of a bedrock gold mine in this area. In particular, the water supply from various streams and rivers in the area appears to be adequate for a conventional milling operation. It is uncertain how much placer gold potential currently remains in the Henry Town area.

WGM has identified no fatal flaws that would preclude Heritage from taking its license acquisition plans to the next step. The act of licensing is subject to the Liberian mining law and regulations which need to be assessed during the licensing process. This process may involve additional commitments and obligations, but none of these are so serious as to represent "red flags" at this time. It is important to note, however, that most alluvial miners have little or no interest in hard-rock mining as they have neither the technical capability nor the financial resources to overcome equipment requirements (costs) and the challenges presented by working below the water table.

It is recommended that a visit be made to the Henry Town area forthwith to collect information only available locally, specifically to search for evidence of gold-in-iron formation style alteration. Discussions with those involved in administering the Mining Law are also needed at this time to determine what additional expectations might be assessed. Further paper studies are needed with this information in hand.

It is also recommended that application for mineral rights be initiated as soon as possible.

Sincerely,

Andrew Chater, P.Geo.
Senior Associate Geologist

Watts, Griffis and McOuat

Heritage Acquisitions Group
25 May, 2011

## REFERENCES

The Geology of Liberia: a Selected Bibliography of Liberian Geology, Geography and Earth Science by R, Lee Hadden, US Army Corps of Engineers, Alexandria, Virginia, May 2006.

*Available at USGS:* Geologic, Geophysical, and Mineral Localities Map of Liberia – A Digital Compilation, Open File Report 2007-1258, USGS, 2007.

- 14 -

*Watts, Griffis and McOuat*

Heritage Acquisitions Group
25 May, 2011

ATTACHMENTS

Figures

- 15 -



Figure 1.

HERITAGE ACQUISITIONS GROUP

**Review Henry Town Area**
*Gbarpolu County, Liberia, West Africa*

*Location Map*

Graphics by Watts, Griffis and McOuat Limited    After: UN Map 3775 Rev.6 (Jan. 2004)



Figure 2.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area
Gbarpolu County, Liberia, West Africa

Tectonic Subdivisions of Liberia





*Watts, Griffis and McOuat*



Figure 5.

**HERITAGE ACQUISITIONS GROUP**

**Review Henry Town Area**
*Gbarpolu County, Liberia, West Africa*

*Gold and Non-Iron Licences on Geology*

**Legend:**
Simplified Geology
(Modified from Liberia Government Website May 2011)

Quaternary
Sediments

Proterozoic
Early Granites/Gneisses, Later Granites
Intrusives, Tholeiitic Flows + Sediments
"Eburnean Complexes"
Gneissic Rocks (Tabo of Archean Age)

Archean
Banded Iron Formation & Sediments
Volcaniclastics/Sediments/Iron Formations
Intrusive and Extrusive Volcanics
Plutonic & Metamorphic Granite/Gneiss

Graphics by Watts, Griffis and McOuat Limited    After UN Map 3775 Rev.6 (Jan. 2004)

Kilometres
UTM WGS84 Zone 28N

0   30   150



Figure 6.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area
Gbarpolu County, Liberia, West Africa

Iron Ore Licences on Geology



DAMAKA PROPERTY

Figure 7.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area

Gbarpolu County, Liberia, West Africa

Regional Topography of Henry Town Area

Index to US Defence Mapping Agency Map Series
Released and Updated 1973, 1:250,000 Series

0    2.5    12.5
Kilometres

Graphics by Watts, Griffis and McOuat Limited



Figure 8.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area

*Gbarpolu County, Liberia, West Africa*

*Topography of Henry Town Area*

Last revision date: Monday 7 November 2011

*Watts, Griffis and McOuat*



Legend:

Larger Settlement
Smaller Settlement
Prominent Road
Less Prominent Road

Settlement and road locations drawn from satellite image
Acquired Satellite Image
(This is number ...nn80 but I do not have
info on origin and date of image etc which
is needed here)

Figure 9.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area
Gbarpolu County, Liberia, West Africa

LandSat Panchromatic Image, Henry Town Area

0      2.5                    12.5
Kilometres

Graphics by Watts, Griffis and McOuat Limited

HAG LIB / HAG_09_Shuttle_Radar_Strcture.cdr
Last revision date: Monday 7 November 2011

*Watts, Griffis and McOuat*



**Legend:**

🌐    *Larger Settlement*

✪    *Smaller Settlement*

‐‐‐    *Prominent Road*

----    *Less Prominent Road*

Settlement and road locations drawn from satellite image
SRTM Image, USGS 2007
(SRTM - Shuttle Radar Topography Mission)

DAMAKA PROPERTY

0   2.5      12.5
Kilometres

Figure 10.

## HERITAGE ACQUISITIONS GROUP

### Review Henry Town Area

*Gbarpolu County, Liberia, West Africa*

**Shuttle Radar Image Showing Structural Trends**
*Henry Town Area*

Graphics by Watts, Griffis and McOuat Limited



Legend:

Archean

⑦ Granitic Intrusives
⑥ Itarbirite Iron Formation
⑤ Schists, Quartzites
④ Mafic Gneiss
③ Horneblende-Biotite Gneiss
② Biotite Gneiss
① Felspathic Gneiss

Key Mineralization

○ Gold, Placer
◈ Gold, Placer (Mine)
□ Gold, Lode
◇ Diamond, Placer
⬦ Diamond Placer Area

Geologic, Geophysical and Mineral Localities
Map of Liberia - A Digital Compilation USGS 2007

Graphics by Watts, Griffis and McOuat Limited

0    2.5    12.5
Kilometres

Figure 11.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area
Gbarpolu County, Liberia, West Africa

Geology and Mineral Occurrences
Henry Town Area





Figure 13.

HERITAGE ACQUISITIONS GROUP

Review Henry Town Area

*Gbarpolu County, Liberia, West Africa*

*Non-Fe Licences and Mineralization
Henry Town Area*



Figure 14.

**HERITAGE ACQUISITIONS GROUP**

**Review Henry Town Area**
Gbarpolu County, Liberia, West Africa

*Aeromag and Mineralization
Henry Town Area*







# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

IF YOU HAVE ANY QUESTIONS REGARDING THIS OFFERING OR
IF YOU WOULD LIKE TO PURSUE THIS OFFERING FURTHER,
PLEASE CONTACT US:

ARMANDO COSTABILE

ARMANDO@HERITAGEACQUISITIONSGROUP.COM

JASON WENDT

JASON@HERITAGEACQUISITIONSGROUP.COM

OUR TOLL FREE NUMBER

(877) 705-7075

---

HERITAGE ACQUISITIONS GROUP
ADMIN@HERITAGEACQUISITIONSGROUP.COM
PHONE & FAX (877) 705-7075



# Heritage Acquisitions Group

# Damaka Mine Development

# Capitalization Overview
# Limited Partnership Agreement
# Confidentiality Agreement



# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

# CAPITALIZATION OVERVIEW



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

## CAPITALIZATION OVERVIEW

### Phase I

In our first phase of capitalization we brought in $75,000.00 to finance our initial trip to Liberia to visit with the Liberian government, local leaders, and visit the alluvial mining sites. This phase was accomplished through partner resources and bringing in two Limited Partners.

### Phase II

Our second phase of capitalization was again a small one at $600,000.00 to finance our geological feasibility report upon our return from Liberia and facilitate our corporate structure. This phase was accomplished by bringing in an additional four Limited Partners.

### Phase III

Our third phase brought us to our current $4,000,000.00 amount raised to date. This phase has been used to develop our Liberian government relations, obtain all of our land rights & licenses, and to begin the acquisition of our gold processing mining equipment as well as our heavy excavation equipment. This phase was accomplished by bringing in twenty-four Limited Partners as a mix of a few with larger contributions and the remaining coming in with smaller contributions from family and friends that wanted involvement.

We also brought in some of the funds through private loans from Limited Partners of our Heritage Direct Trade Program that will be paid upon receipt of full capitalization. We did this to start the clock as soon as possible on the building of our trommel and gold finishing equipment, as these pieces had the longest manufacturing turnaround time. We needed to have them start the manufacturing processes as soon as possible in order to try and stay on our current timeline. All Heritage Direct Trade Program Limited Partners that loaned funds to us were also already Limited Partners in Damaka Mine Development LLLP and have a vested interest in Damaka Mining going into production.

### Phase IV

Phase IV will be our final round of capital fundraising and will bring us into mining production and support up to six months of operations. This final Phase is critical in completing our equipment purchases, shipping, setting up our camp, and bringing us into production.

We have included on the following pages our financial breakdown that shows all capital allotments that include the loan repayments in an all-encompassing overview.

FINANCIAL BREAKDOWN

# Overall Company Budget

### All items that are shipped have shipping costs included

| Item | Cost |
|------|------|
| Initial Partner Trip in October 2010 | $75,000.00 |
| Geological Report & Retainer | $95,000.00 |
| Liberian Corp Setup, Mining Licensing, & EPA Assessment | $70,000.00 |
| Land Acquisitions (land purchase, government land rental, & Class C buyouts) | $105,000.00 |
| Business Development/Fund Raising Travel | $50,000.00 |
| Administrative & Office Expenses (8 months: 6/2011 - 1/2012) | $328,000.00 |
| Logistical Trip to Liberia (5 Partners + 5 Specialists + 2 Security) | $225,000.00 |
| Phase III Capitalization Loan Repayment | $1,351,500.00 |
| Acquire, Setup, and Secure the Monrovian Office/Compound/Waypoint | $230,000.00 |
| Establish Government Liaison, Customs Setup, Visa Processing, etc. (2 months) | $45,000.00 |
| 1st Mission (5-10 staff for 2 weeks + humanitarian supplies) | $250,000.00 |
| Camp Setup Labor - tech salary (15 techs for one month) | $187,500.00 |
| Flights for Camp Setup Techs (15 techs - one way) | $45,000.00 |
| Security During Camp Setup (one month) | $70,000.00 |
| Fencing to Secure Camp (installed) | $125,000.00 |
| PELA Well Drilling, Filtration Device, Storage, Sewage, Plumbing | $265,000.00 |
| Communications Setup, Satellite Uplink, SAT Phones, Security Cameras | $270,000.00 |
| MSI/NWE Consultant to Setup Trommel and Mining Equipment on Site (2 weeks) | $35,000.00 |
| WGM - Initial Exploration and Advisement Prior to Operations (2 weeks) | $30,000.00 |
| Fuel for Camp Setup (1 month of 10 diesel units running 24 hours per day) | $325,000.00 |
| Living Quarters (15 campers) | $700,000.00 |
| Bunk Houses for Security & Vendors | $200,000.00 |
| Kitchen, Laundry, & Restroom/Shower Containers | $210,000.00 |
| Excavation Equipment (2 excavators, 2 dump trucks, 2 dozers, 1 loader) | $718,000.00 |
| MSI Gold Equipment (trommel, dual jig, finishing table, 2 water pumps, hoses, electrical) | $714,000.00 |
| Hook Truck to Haul Fuel, Trailers, Equipment | $260,000.00 |
| M813 Transport Truck for Personnel and Towing (2) | $150,000.00 |
| 5 - Side by Sides (with additional brush guards, light racks, other accessories, etc.) | $130,000.00 |
| Gen Sets (2 - 300KW; 2 - 100KW) | $265,000.00 |
| 20 Light Towers | $215,000.00 |
| 5 Fuel Storage Tanks (~4k - 5k gallons each) | $160,000.00 |
| Tools, Spare Parts, Maintenance Supplies | $75,000.00 |
| Hydraulic Repair Kit and Various Hoses and Fittings | $71,000.00 |
| 5 - 20' Containers for Shipping and Onsite Storage | $22,000.00 |
| 25 - 20' Flat Racks for Equipment & Camper Transport, Some Converted to Bridges | $95,000.00 |
| Building Supplies (lumber, piping, plumbing, conduit, wiring, cinder blocks, concrete, etc.) | $130,000.00 |
| Miscellaneous/Unknown/Safety (~20% reserve) | $1,587,000.00 |
| General Consultation Services | $1,200,000.00 |
| **Total Expense:** | **$11,079,000.00** |

...FINANCIAL BREAKDOWN

# Base Monthly Operating Budget for One Mining Team

| Item | Cost |
|---|---|
| Mining Staff Pay - 17 techs | $212,500.00 |
| Life/Health/Disability Insurance - 17 techs | $51,000.00 |
| Vendors (Security, Geologists) | $150,000.00 |
| Fuel (63,000.0 gallons X $5.00 per gallon) | $315,000.00 |
| Maintenance/Repairs of Equipment & Camp | $20,000.00 |
| Business Insurances | $20,000.00 |
| Office/Yard Compound in Monrovia (Administrative salary included) | $30,000.00 |
| Food & Beverage | $20,000.00 |
| Flights for Mining Staff | $25,000.00 |
| Tips and Miscellaneous | $10,000.00 |

| | |
|---|---|
| Total Monthly Operating Expense: | $853,500.00 |
| Times 6 Months of Operations: | $5,121,000.00 |

The above operating budget is the bare essential budget to keep the mine operational for a six month period of time.

The operating budget below shows a projected profitable month of operations and the additional costs associated.

# Monthly Operating Budget for One Mining Team
### Based on $12M Gross Production

| Item | Cost |
|---|---|
| Mining Staff Pay - 17 techs | $212,500.00 |
| Life/Health/Disability Insurance - 17 techs | $51,000.00 |
| Employee Profit Sharing - 3% of Gross | $360,000.00 |
| Vendors (Security, Geologists) | $150,000.00 |
| Fuel (63,000.0 gallons X $5.00 per gallon) | $315,000.00 |
| Maintenance/Repairs of Equipment & Camp | $20,000.00 |
| Business Insurances | $20,000.00 |
| Office/Yard Compound in Monrovia (Administrative salary included) | $30,000.00 |
| Food & Beverage | $20,000.00 |
| Flights for Mining Staff | $25,000.00 |
| Gold Shipments & Security to Refinery | $15,000.00 |
| Tips and Miscellaneous | $10,000.00 |
| Taxes, Customs, Licensing, Fees -15% of Gross Production | $1,800,000.00 |
| Damaka Outreach - 5% of Gross Production | $600,000.00 |
| Internal Growth - (see Additional Crew Startup Cost) | $951,196.27 |

| | |
|---|---|
| Total Monthly Operating Expense: | $4,579,696.27 |

HERITAGE ACQUISITIONS GROUP

PHONE & FAX: 877-705-7075

DATED: November 30, 2011

Due to the quantity & content of the land and the rights that we hold, we have built a tremendous amount of future growth into our business model to take the greatest advantage possible of this. This growth is an internal growth occurring organically from within the company with proceeds generated from normal operations, without being dependent upon any future external capital from current or future investors.

We have a fixed growth expense built into our company's operational budget that is detailed below. Also, future manufacturing volume discounts that were negotiated are reflected here.

Our planned growth rate is to add three new crews by the end of first year and then add a minimum of at least two additional crews in each of the subsequent years. This growth rate will allow us to expand as quickly as possible the first year and then scale back to a growth rate that can be substantiated over the course of several years to follow.

## Cost to Establish a New Mining Crew

| Item | Cost |
|---|---|
| Living Quarters (9 campers) | $405,000.00 |
| Kitchen, Laundry, & Restroom/Shower Containers | $200,000.00 |
| Fencing to Secure Camp (installed) | $100,000.00 |
| PELA Well Drilling, Filtration Device, Storage, Sewage, Plumbing | $250,000.00 |
| Excavation Equipment (2 excavators, 2 dump trucks, 2 dozers, 1 loader) | $667,520.00 |
| MSI Gold Equipment (trommel, dual jig, finishing table, 2 water pumps, hoses, electrical) | $664,428.80 |
| 2 - Side by Sides (with additional brush guards, light racks, other accessories, etc.) | $46,000.00 |
| Gen Sets (1 - 300KW; 2 - 60KW) | $182,560.00 |
| 12 Light Towers | $161,280.00 |
| 2 Fuel Storage Tanks (~4k - 5k gallons each) | $50,000.00 |
| Tools, Spare Parts, Maintenance Supplies | $60,000.00 |
| 5 - 20' Containers for Shipping and Onsite Storage | $16,800.00 |
| Building Supplies (lumber, piping, plumbing, conduit, wiring, cinder blocks, concrete, etc.) | $50,000.00 |
| **Total Crew Setup Expense:** | **$2,853,588.80** |
| **Monthly Cost on 90 Day Cycle:** | **$951,196.27** |

The charts below show a three year projected growth. All production numbers throughout the three year span are based on our current conservative rate of 6 grams per ton of soil and do not take into account the soil sampling, coring, and site mapping that our geological firm will be performing to increase production.

The top half of the charts show the production rates for the start of that year pertaining to the amount of equipment on site, but does not reflect the increases that occur throughout that year. The increases are only reflected in the monthly Limited Partner profits found in the bottom half of the charts and then in the subsequent year's top half of the chart that shows the production.

| First Year Performance | |
|---|---|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommels at the year's start | 1.0 |
| Trommel Hours worked per month | 480.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 48,000.0 |
| Grams of gold per ton of soil | 6.0 |
| Grams of gold per month | 288,000.0 |
| Troy ounces of gold per month | 9,259.6 |
| Dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $12,037,424.04 |
| Operational Budget | $4,579,699.27 |
| 40% Net Profits | $2,983,089.91 |
| First Trommel Unit (base amount used to calculate each duplication) | |
| 1st Month limited partners profits | $2,983,089.91 |
| 2nd Month limited partners profits | $2,983,089.91 |
| 3rd Month limited partners profits | $2,983,089.91 |
| Second Trommel Unit Added | |
| 4th Month limited partners profits | $5,966,179.82 |
| 5th Month limited partners profits | $5,966,179.82 |
| 6th Month limited partners profits | $5,966,179.82 |
| Third Trommel Unit Added | |
| 7th Month limited partners profits | $8,949,269.73 |
| 8th Month limited partners profits | $8,949,269.73 |
| 9th Month limited partners profits | $8,949,269.73 |
| Fourth Trommel Unit Added | |
| 10th Month limited partners profits | $11,932,359.64 |
| 11th Month limited partners profits | $11,932,359.64 |
| 12th Month limited partners profits | $11,932,359.64 |
| Total Annual Limited Partners' Profit: | $89,492,697.27 |

SECOND YEAR PERFORMANCE

## Second Year Performance

| | |
|---|---:|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommel's at year start | 4.0 |
| Trommel Hours worked per month | 1,920.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 192,000.0 |
| grams of gold per ton of soil | 6.0 |
| grams of gold per month | 1,152,000.0 |
| troy ounces of gold per month | 37,038.2 |
| dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $48,149,696.17 |
| Operational Budget | $18,318,797,08 |
| 40% Net Profits | $11,932,359.64 |
| **Four Trommel Units (no new unit added)** | |
| 13st Month limited partners profits | $11,932,359.64 |
| 14th Month limited partners profits | $11,932,359.64 |
| 15th Month limited partners profits | $11,932,359.64 |
| **Fifth Trommel Unit Added** | |
| 16th Month limited partners profits | $14,915,449.55 |
| 17th Month limited partners profits | $14,915,449.55 |
| 18th Month limited partners profits | $14,915,449.55 |
| **No Trommel Added** | |
| 19th Month limited partners profits | $14,915,449.55 |
| 20th Month limited partners profits | $14,915,449.55 |
| 21st Month limited partners profits | $14,915,449.55 |
| **Sixth Trommel Unit Added** | |
| 22nd Month limited partners profits | $17,898,539.46 |
| 23rd Month limited partners profits | $17,898,539.46 |
| 24th Month limited partners profits | $17,898,539.46 |
| **Total Annual Limited Partners' Profit** | **$178,985,394.56** |
| **Limited Partners Profit to Date** | **$268,478,091.83** |

| Third Year Performance | |
|---|---|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommel's at year start | 6.0 |
| Trommel Hours worked per month | 2,880.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 288,000.0 |
| grams of gold per ton of soil | 6.0 |
| grams of gold per month | 1,728,000.0 |
| troy ounces of gold per month | 55,557.3 |
| dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $72,224,544.26 |
| Operational Budget | $27,478,195.62 |
| 40% Net Profits | $17,898,539.45 |
| Six Trommel Units (no unit added) | |
| 25th Month limited partners profits | $17,898,539.45 |
| 26th Month limited partners profits | $17,898,539.45 |
| 27th Month limited partners profits | $17,898,539.45 |
| Seventh Trommel Added | |
| 28th Month limited partners profits | $20,881,629.36 |
| 29th Month limited partners profits | $20,881,629.36 |
| 30th Month limited partners profits | $20,881,629.36 |
| No Trommel Added | |
| 31st Month limited partners profits | $20,881,629.36 |
| 32nd Month limited partners profits | $20,881,629.36 |
| 33rd Month limited partners profits | $20,881,629.36 |
| Eighth Trommel Unit Added | |
| 34th Month limited partners profits | $23,864,719.27 |
| 35th Month limited partners profits | $23,864,719.27 |
| 36th Month limited partners profits | $23,864,719.27 |
| Total Annual Limited Partners' Profit: | $250,579,552.37 |
| Limited Partners' Profit to Date: | $519,057,644.20 |

CONCLUSION

We feel strongly that this projected budget is more than adequate in bringing us to a strong start and allow us to develop into a very strong, thriving mine within Liberia, Africa.  We have been very diligent with our approach to detail, we have made sure that we are not caught by surprise at any point, and have left no stone unturned in our research into the industry & country that we will be dealing with.  We have formed a strong plan along with key personnel to ensure long stability and growth.

As stated previously, the pro forma profit projections in this Capitalization Overview and those also found within our Damaka Mine Development Offering presentation book are calculated on production rates, gold densities, and gold pricing with very conservative expectations and are approximately 50% lower than our expected actual results.  We have also not taken into account operational efficiencies due to the economy of scales we will experience as we grow larger nor the various other minerals that we will be harvesting in addition to the gold.   Even if we were to achieve a fraction of our projections, the profit returns are still very significant for this or any other type of business.

If you have any questions about anything contained within this document or would like any further clarification please do not hesitate to ask.  We are available at our toll free number or via our email and look forward to continuing this conversation.



# Heritage Acquisitions Group

# Damaka Mine Development LLLP

# Limited Partnership Agreement

# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

AGREEMENT FOR PURCHASE OF DAMAKA MINE DEVELOPMENT LLLP UNITS

FOR THE HERITAGE DAMAKA MINE DEVELOPMENT OFFERING

This Limited Liability Limited Partnership Agreement shall become effective retroactively to the date the limited partnership was certified by the Nevada Secretary of State as of August 8, 2011 and registered as a Limited Liability Limited Partnership. This Agreement is being drawn up between Heritage Acquisitions Group, Inc. (General Partner & Management) and

_____ (Limited Partner & Participant).

**<u>Heritage Acquisitions Group offers participation in a private organization
by invitation only.</u>**

## Purpose

Heritage Acquisitions Group's Offering of Damaka Mine Development LLLP (the Partnership) was formed for the purpose of allowing individuals to participate in a mining endeavor for lesser amounts than normally possible. Damaka Mine Development is accomplished through combining the resources of the Limited Partners and the General Partner in order to facilitate the Liberian mining company, Damaka Mine.

Damaka Mine Development LLLP is managed by Heritage Acquisitions Group, Inc. (General Partner). The General Partner accomplishes the establishment and operations of the Damaka Mine by using the amount of the Unit purchases of the Limited Partners that participate. Funds are deposited in our U.S. privately held operations account for Damaka Mine Development purposes only and the General Partner holds all discretion on allocation of these funds as they relate to the Damaka Mine Development's day to day operations. Participation in this venture is by invitation only and individuals participating are doing so by their own free will. Any future participation continues to be by invitation only and Management reserves the right not to offer or renew a Limited Partner's involvement in separate ventures.

## Multiple Offerings

Heritage Acquisitions Group, Inc. has multiple offerings and the Participant's involvement in this offering gives the Participant no right to any profits or funds generated by any other offerings, investments, or ventures that Heritage Acquisitions Group, Inc. is involved in or offers, and as such any future rights or claims that a Participant in this offering may make are strictly limited to the operations and dealings of the Damaka Mine Development.

## General Acknowledgments

THE PARTICIPANT REPRESENTS THAT THEY ARE FAMILIAR WITH AND UNDERSTAND THE TERMS OF THIS OFFERING; THAT THEY HAVE SUCH KNOWLEDGE AND EXPERIENCE NEEDED IN SPECULATIVE BUSINESS MATTERS THAT THEY ARE CAPABLE OF EVALUATING THE MERITS AND RISKS OF THEIR PARTICIPATION IN THE DAMAKA MINE DEVELOPMENT; AND THEY HAVE DETERMINED THAT THEIR PARTICITPATION IS FINANCIALLY SUITABLE FOR HIM OR HER.

The Participant has adequate financial resources for a speculative venture of this character, and can bear a complete loss of their contributed capital. The Participant understands that any projections are mere estimates and may not reflect actual results of Damaka Mine Development operations.

The Participant has relied solely upon an independent investigation made by him or her, with respect to the purchase of Units in Damaka Mine Development LLLP, and no oral or written representations beyond communications with company officers have been relied upon by the Participant to finalize their decision to participate.

If the Participant is a partnership, corporation, or trust, it has been duly formed, validly exists, has full power and authority to participate in this offering, and has not been formed for the specific purpose of contributing to Units in the Damaka Mine Development LLLP.

HERITAGE ACQUISITIONS GROUP
PHONE & FAX: 877-705-7075

AS AUGUST 7, 2011

## Participant's Financial Status

The Participant (1) has a net worth (or joint net worth with the Participant's spouse) of at least $1,000,000.00, or (2) has an annual gross income in the last two years of at least $200,000.00, and expected gross income in the current year of at least $200,000.00 (or joint annual gross income with spouse of $300,000.00), or (3) otherwise meets the requirements for an Accredited Investor.

The Participant agrees that funds sent to Damaka Mine Development LLLP are free and clear and specifically for speculation purposes only.

## Pooling of Funds

The Limited Partner agrees to utilize funds freely owned by him or her and any pooled funds by any Limited Partner will be disclosed to the General Partner and submitted for approval for use in Damaka Mine Development.

## Capital Contributions for Damaka Mine Development LLLP Units

To commence in the Damaka Mine Development LLLP or to purchase additional Units, funds must be transmitted and settled into the Damaka Mine Development LLLP bank account upon approval of the General Partner. Once full capitalization of Damaka Mine Development has been achieved, no further capital contributions will be accepted unless deemed necessary by the General Partner for the further establishment and continuing operations of Damaka Mine Development. If there are no other options than to bring in additional capital, the General Partner will first offer the existing Limited Partners the right to first refusal prior to bringing in any new Limited Partners.

There are no withdrawals of capital contributions once funds have been transmitted to the Damaka Mine Development bank account and a three day settlement period has past. The General Partner is only bringing in the capital necessary to establish the mining operations to the point that the operations are self-sustaining and further growth is achieved through generated profits.

Capital Contributions do not bear interest.

## Damaka Mine Development LLLP Units Certificate

Once all funds have been received and confirmed for this offering, a Damaka Mine Development LLLP Units Certificate will be issued to you reflecting your pro rata participation in this offering and attached to this Agreement as Exhibit B. Each Unit will be on par with the U.S. dollar; therefore each U.S. dollar contributed will equal one Unit in Damaka Mine Development LLLP.

## Liquidity of Damaka Mine Development LLLP Units

The Participant agrees not to sell, transfer, or otherwise dispose of a Unit of Damaka Mine Development LLLP unless such Unit of Damaka Mine Development LLLP has been registered under the applicable state securities laws, or an exemption from registration is available and the Limited Partner has received written permission from the General Partner.

The Participant understands that (1) there is no public market for the Units of Damaka Mine Development LLLP and it is not likely that any public market for the Units of Damaka Mine Development LLLP will develop. (2) It may not be possible to liquidate the Units readily. (3) The Participant must bear the economic risk of their participation in Damaka Mine Development LLLP for an indefinite period of time.

## Ownership Structure

Damaka Mine Development LLLP is owned by the General Partner in the amount of 51% for administrative purposes only. The remaining 49% ownership is divided amongst the Limited Partners according to their pro rata involvement. Once final capitalization is achieved, the percent of ownership of each limited partner will be attached to this document in Exhibit C.

The percent of ownership in Damaka Mine Development LLLP by the General Partner is for the purpose of administrative control only. The General Partner will not be issued any Units in this offering and will not be a recipient of Partnership profit disbursements.

Damaka Mine, the Liberian mining corporation, is owned by Damaka Mine Development LLLP in the amount of 24%. This ownership percent allows for the flow of profits to the Partnership. The remaining ownership of Damaka Mine is 26% by Heritage Acquisitions Group Inc., for the purpose of operational control only, 9% by each of the five principal partners, and 5% by the 501(C)(3) that is used for the development of the local inhabitants of Liberia.

HERITAGE ACQUISITIONS GROUP        PHONE & FAX: 877-705-7075

## Profit Payments

The goal is to return a profit within 12 – 18 months of capitalization. Profit distributions will commence at the completion of the first profitable 30 day period. Once profits are realized they will be distributed to the Limited Partners on a monthly to quarterly basis as supported by the Damaka Mine operations.

Profits will be distributed according to the Participant's pro rata Unit share participation in Damaka Mine Development LLLP, where the pro rata Unit share is calculated by taking a fraction of which the numerator is the number of Units held by the Participant and the denominator is the total number of Units held by all Participants in the Partnership and multiplying that resulting fraction by 100%.

The profit disbursement to the Partnership will be 40% of the net profits of Damaka Mine. The net profits generated by Damaka Mine will be calculated as gross profits minus expenses to facilitate ongoing operations to include but not limited to mining operations, internal growth, import and export taxes, corporate taxes, the profit sharing of mining staff, third party vendor fees, and the funding of the 501(C)3 to meet our obligations to the local population.

The operation, sustainability, and growth of the Damaka Mine must always hold precedence to the Limited Partners' profit disbursements.

At the time of each profit distribution the Limited Partners will be given a statement reflecting their realized profits.

Heritage Acquisitions Group represents no guarantees to these returns as this offering is of a speculative nature and many conditions and variables are not within the direct control of the General Partner.

The individual Limited Partners shall have no right to any priority over each other as to the disbursement of profits.

No Partner shall have the right to demand and receive property in kind of his or her distribution.

An example of profit calculations is included as Exhibit A attached to this Agreement.

## Administrative Provisions

The business of Damaka Mine Development LLLP shall be under the exclusive control of the General Partner. The General Partner shall have the authority to exercise the powers reasonably necessary to pursue the Partnership's purposes. The General Partner is required to devote to the business of the Partnership such time as is reasonable and prudent. The Limited Partners shall not participate in the management of the business of the Partnership.

## Compensation for Services

The General Partner shall be entitled to receive compensation for services rendered to the Partnership. The compensation of any Partner who renders services to the Partnership shall be established from time to time solely by specific agreement between him or her and the Partnership at the discretion or need of the General Partner, but in all events such compensation shall be reasonable in relationship to the services performed. All such compensation shall be characterized and reported as guaranteed payments for personal services (per Internal Revenue Code Section 707(c)) and shall be payable without regard to the income of the Partnership and shall be treated as an expense of the Partnership in determining its net profits and net losses.

## Nature of Interests

All property owned by Damaka Mine Development, whether real or personal, tangible or intangible, shall be deemed to be owned by the Partnership as an entity. No Limited Partner shall have any direct ownership of any Partnership property.

## Conflicts of Interest

Limited Partners may engage in or possess interests in other business ventures of every kind and description for their own accounts so long as said interests or ventures are not in direct competition with the Partnership. Neither the Partnership nor any of the Limited Partners shall have any rights by virtue of this Agreement in such independent business ventures or to the income or profits derived there from.

## Dissolution of Damaka Mine

In the event the Damaka Mine operations never commence, or cease before any gold or other materials are extracted, or cease prematurely due to unforeseen circumstances, the remaining capital funds will be disbursed to the partners according to their proportional share in the company, less any costs associated with the termination of the mining operations.

## Non-Termination or Dissolution of Partnership

The Partnership shall not be terminated by the death, insanity, bankruptcy, withdrawal or expulsion of any Limited Partner, by the assignment of any Limited Partner's interest or by the admission of a new Partner. If a Partner's interest is the subject of any valid levy, foreclosure, charging order, execution or other similar involuntary proceeding (hereinafter "Involuntary Assignment"), the Partnership shall not dissolve. Instead, such Partner (hereinafter "Involuntary Assignor") shall be deemed to have assigned such Partner's interest in the Partnership for the entire period during which the Involuntary Assignment remains in force.

## Expulsion of a Limited Partner

The General Partner, at their discretion, may terminate the interest of a Limited Partner and expel such Partner for any of the following reasons if the Limited Partner refuses to come into compliance following a documented warning and then a written notice sent by certified mail: (a) interfering in the management of Partnership affairs or by holding oneself out to others as having the power to act for or bind the Partnership. (b) For engaging in conduct which could result in the Partnership losing its tax status as a partnership. (c) For engaging in conduct which tends to bring the Partnership into disrepute, or when such Partner's interest becomes subject to attachment, garnishment or legal proceedings in a way that puts other Partners at risk. (d) For failing to meet any commitment to the General Partner in accordance with any written undertaking.

In each of the foregoing events, the termination shall not result in forfeiture to the Limited Partner of the value of his or her interest in the Partnership at the time of termination.

## Confidentiality of Information

All parties have an obligation to respect professional secrecy and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the other's activities. This legal obligation shall remain in full force and survive following the termination of this Agreement.

## Solicitation

Please be aware that Heritage Acquisitions Group does NOT solicit nor advertise to the public. Advertising or public solicitation that ultimately leads back to Heritage Acquisitions Group or Damaka Mine Development is strictly forbidden.

## Severability

If any term of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, then this Agreement, including all of the remaining terms, will remain in full force and effect as if such invalid or unenforceable term had never been included.

## Indemnity

The Participant hereby agrees to indemnify and hold harmless Damaka Mine Development LLLP from any liability, claims, costs, damages, losses, or expenses incurred or sustained by them as a result of the Participant's representations and warranties herein being untrue or inaccurate, or because of a breach of this Agreement by the Participant.

## Governing Law

This Agreement shall be interpreted and construed according to, and governed by, the laws of the state of Nevada, excluding any such laws that might direct the application of the laws of another jurisdiction. The federal or state courts located in Nevada shall have jurisdiction to hear any dispute under this Agreement.

HERITAGE ACQUISITIONS GROUP PHONE & FAX: 877-705-7075

## Arbitration Clause

In the event a dispute shall arise between the Parties to this contract, it is hereby agreed that the dispute shall be referred to a state and arbitrator of mutual agreement by all Parties for arbitration in accordance with the applicable American Arbitration Association Rules of Arbitration. The arbitrator's decision shall be final and legally binding and judgment may be entered thereon.

Each Party shall be responsible for its share of the arbitration fees in accordance with the applicable Rules of Arbitration. In the event a Party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other Party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration.

## Banking and Legal Request Compliance

The Participant warrants that any funds provided by the Participant are from legal sources and that the Participant has no reason to believe that they are the product of any illegal enterprise or money laundering activity, or that they are subject to any lien or claim. The Parties agree to cooperate in providing documentation to banks, regulatory authorities, law enforcement agencies, or other third parties as necessary to establish compliance with any relevant laws or regulations. Each Party agrees that it will indemnify and hold harmless the other Parties to the extent that a Party's failure to comply with its obligations under this paragraph results in legal claims or sanctions against the other Parties.

## Joint Ownership

It is understood and agreed to by the Parties hereto that the interest owned by a Partner may be owned jointly by said Partner and his or her spouse, by name or as a matter of law. Where such Partner has been so deemed to jointly own Partnership interest with his or her spouse, the Partners agree that the spouses of the respective Partners shall in all respects be bound by this Agreement and that, in the event that a Partner is required to sell his or her interest pursuant to this Agreement, the respective spouse must comply with this Agreement and shall execute any and all documents required as a result thereof.

## Successor In Interest

Each Partner who is a natural person shall have the unrestricted right to designate his or her successor in Partnership interest following death by delivering an acknowledged instrument (included below) in writing to the General Partner. All Partners shall honor any such designation as a contractual obligation hereunder. In the absence of any such designation or evidence of a contrary intent, the General Partner shall recognize the deceased Partner's heirs at law as his or her successors in interest hereunder (as determined by the General Partner according to the laws of intestate succession of the deceased Partner's State of domicile). No such actual or deemed designation shall be treated as a testamentary transfer within the meaning of any statute's requirements for one's last will and testament.

## Death or Incompetency of a Limited Partner

Upon the death or legal incompetency of an individual Limited Partner, such Partner's authorized representative shall have all of the rights of a Limited Partner for the purpose of settling or managing such Partner's estate. The authorized representative shall have such power as the decedent or incompetent possessed to assign such Limited Partner's interest in the Partnership to an assignee and to join with such assignee in making application to substitute such assignee as a Limited Partner, except that where the spouse of such deceased or incompetent Partner jointly owns Unit shares of capital interest, in name or as a matter of law, with said Partner, said Partner's ownership interest shall pass to the surviving spouse in its entirety unless such transfer of interest is barred by law or other superior authority.

## Rights of Involuntary Assignor

A Partner who becomes an Involuntary Assignor shall forfeit, for the entire period during which the Involuntary Assignment remains in force, such Partner's allocation of Net Profits and Net Losses attributable to that Partner's interest in the Partnership. Also, notwithstanding any provision herein to the contrary, in no event shall any Involuntary Assignor have the right to participate in the management or administration of the Partnership's business, affairs or assets, or have access to the Partnership's books, records and annual statements.

## Rights of Involuntary Assignee

Any person or entity that becomes an assignee of a Partner's interest through an Involuntary Assignment (hereinafter "Involuntary Assignee") shall receive, for the entire period during which the Involuntary Assignment remains in force, such Partner's allocation of Net Profits and Net Losses attributable to that Partner's interest in the Partnership, and shall receive only the distributions attributable to that Partner's interest. In no event and under no circumstance shall any Involuntary Assignee have any right to participate in the management or administration of the Partnership's business affairs or assets or to become a substituted Partner. At no time during the Involuntary Assignment will the Involuntary Assignee have access to the Partnership's books, records and annual statements.

For the duration of the Involuntary Assignment an Involuntary Assignee shall assume, subject to all of the provisions herein, full dominion and control of the Involuntary Assignor's interest in the Partnership and shall become, in effect, a Partner of the Partnership for tax reporting purposes only.

## Opinion of Counsel

The doing of any act or the failure to do any act by any Partner (the effect of which may cause or result in loss or damage to the Partnership), if pursuant to opinion of legal counsel employed by the General Partner on behalf of the Partnership, shall not subject such Partner to any liability. Further, the General Partner shall not be liable for any error in judgment or any mistake of law or fact or any act done in good faith in the exercise of powers and authority conferred upon them, but shall be liable only for gross negligence or willful default.

## Agreement Binding

This Agreement shall be binding upon the parties hereto and upon their heirs, executors, administrators, successors or assigns, and the Parties hereto agree for themselves and their heirs, executors, administrators, successors and assigns to execute any and all instruments in writing which are or may become necessary or proper to carry out the purpose and intent of this Agreement.

### Sole Agreement

This Agreement and the exhibits hereto constitute the entire understanding of the Parties with respect to the subject matter hereof and supersede all prior agreements and understandings pertaining thereto.

### Funds being pledged

USD $_____ Written: _____ dollars.

Are these funds free and clear? _____ if not, explain in detail in 'Notes' below.

Are these funds personal? _____ if not, explain in detail in 'Notes' below.

Are the funds pooled? _____ if yes, explain in detail in 'Notes' below.

Notes and Explanations:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

HERITAGE ACQUISITIONS GROUP

PHONE & FAX: 877-705-7075

AS OF AUGUST 7, 2011

**Beneficiary**

In the event of my demise, I desire to transfer the ownership of my participation in the Damaka Mine Development LLLP to the following Beneficiary(s):

Beneficiary's Name(s): _____

_____

Relationship(s): _____

_____

Phone Number(s): _____

_____

Mailing Address(es): _____

_____

Email Address(es): _____

_____

Notes: _____

_____

_____

**Limited Partner's / Participant's Details**

Name: _____

Company name: _____

Passport Number or DL Number: _____

Country or State of ID: _____

Address: _____

Phone number(s): _____

Email: _____

Date: _____

**I hereby swear under penalty of perjury, that all information provided herein is complete, accurate and true.**

Limited Partner's Signature: _____

**Hereby accepted and approved by the General Partner of Damaka Mine Development LLLP:**

General Partner's Signature: _____

Date: _____

**The facsimile transmission of this document shall be considered a binding and enforceable instrument treated as original copy.**

HERITAGE ACQUISITIONS GROUP                    PHONE & FAX: 877-705-7075



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

## CONFIDENTIAL REVIEW AGREEMENT

Heritage Acquisitions Group ("Heritage") offers investment opportunities to a select group of qualified investors through Limited Partnership Offerings. You (the person named either as an individual or as an authorized signatory, as shown below) seek to review confidential information concerning such offerings to determine whether they are suitable for your own investment portfolio.

In exchange for the opportunity to review nonpublic Heritage documents and related Confidential Information (as defined below), you represent and agree as follows:

### Non-Solicitation

You acknowledge that confidential information concerning Heritage Offerings are furnished only at your specific request, which you have made freely and not in response to any form of advertising or solicitation. The information is not provided as a solicitation to invest in any particular program, nor does it represent a promise that Heritage would accept an investment from you in any particular program.

### Regulatory Status

You acknowledge that Heritage has disclosed that it is not a licensed securities broker, dealer, agent, or trader and is not engaged in the public offering of securities. The Heritage Offerings may not be registered with the United States Securities and Exchange Commission (SEC). Heritage is not a licensed investment advisor, financial planner, attorney, or certified public accountant.

HERITAGE ACQUISITIONS GROUP        PHONE & FAX: 877-705-7075

## Purpose

You represent that you will review the confidential information furnished by Heritage only for the purpose of determining whether a Heritage Offering is potentially a suitable investment for you. You represent that are not requesting the confidential information to obtain commercial intelligence for a competitor of Heritage or in the capacity of an employee, agent, or informant of a government agency or of a party in pending or contemplated litigation.

## Confidentiality

You acknowledge that the nonpublic, confidential information furnished by Heritage includes without limitation documents and other information concerning its Offerings and its plans, methods, operations, results, risks, investors, partners, personnel, trade secrets, and confidential commercial information. The confidential information is of substantial value to Heritage and to its Offering participants and business partners and is also in many instances competitively sensitive. You agree not to disclose any confidential information to third parties without express written permission from Heritage except as follows: You may share Confidential Information with your directors, officers, employees, or partners, as well as with your attorneys, accountants, investment advisors, and financial planners, to the extent necessary to help you evaluate the suitability of a potential investment in a Heritage Offering, so long as such persons are bound to confidentiality obligations that are at least as protective as those provided in this Agreement. You also agree to secure the confidential information against unauthorized disclosure in a manner similar to that in which you secure the confidentiality of your own sensitive and proprietary information.

## Non-Competition and Non-Circumvention

You agree that you will not use the confidential information to compete with Heritage, nor will you furnish such information to a competitor of Heritage. You agree that you will not circumvent Heritage by investing directly, rather than through Heritage, in a business opportunity that is the subject of a Heritage Offering concerning which you have received confidential information, unless you can establish that such opportunity was presented to you before receiving confidential information from Heritage.

HERITAGE ACQUISITIONS GROUP                    PHONE & FAX: 877-705-7075

For and on behalf of:

Name:

Company name:

Passport Number or DL Number:

Country or State of ID:

Address:

Phone number(s):

Email:

Date:

**I hereby swear under penalty of perjury, that all information provided herein is complete, accurate and true.**

Signature:

Accepted by Heritage Acquisitions Group

Officer's Signature:

Date:

**The facsimile transmission of this document shall be considered a binding and enforceable instrument treated as original copy.**



# HERITAGE ACQUISITIONS GROUP

# DAMAKA MINE DEVELOPMENT

# OUR COMPANY OVERVIEW
# &
# CAPITALIZATION OVERVIEW



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

# DAMAKA MINE DEVELOPMENT

## OUR COMPANY

Damaka Mine has been many years in the making.  It is truly a company built upon relationship.  Damaka was brought into existence only due to the coming together of a diverse group of individuals whose paths converged in a very unique way.  Most times in life these paths that are crossed never take root in any significant way and people just move on.  Fortunately that was not so in our case.

The primary founding members of this endeavor have come together over a seven year period of time.  Armando Costabile & Jason Wendt, who are the managing partners, first came together through a working relationship when Armando was the sales manager for a construction firm doing work at a commercial building that Jason owned as part of a building services contracting company that he had started over twenty years ago while attending Rochester Institute of Technology.  From the very start, a great bond of friendship developed between Jason and Armando.  Soon Armando decided to leave the construction firm to head up the sales for Jason's company that services various types of commercial and industrial buildings, arenas, and performing art centers throughout New York and several other states.  They worked closely together for over three years and had a great deal of success growing the company together.

In 2009 Armando and Jason collaborated on a project at the request of a mutual friend who had asked them to assist him with his recently formed commodity trading company. His commodity company had pooled over forty-five million dollars and was working with a trade broker who was putting together large commodity trade contracts for them on an international basis. The new commodity company lacked a strong administrative presence, corporate structure, proper accounting practices, and investor relations. Armando and Jason were able to properly reorganize the company, perform some needed due diligence and a forensic audit, and get the company to a place where they had a strong understanding of where it stood. This allowed the new company to establish a proper path forward.

During this project, Armando also assisted this mutual friend in the logistics of promoting a professional wrestling event. The wrestling promotion that they put together brought in many of the legends of the sport for a three day event that included a formal dinner, multiple signing parties, video montages, and more. During the early stages of the event's development Armando was introduced to Joe "Road Warrior Animal" Laurinaitis of The Road Warriors tag-team. Joe took a great deal of interest in the project as it was very different from the typical events that he has been involved with in the past. Joe and Armando had an instant connection. The "Legends of Wrestling" event turned out to be a great success and Joe and Armando stayed in contact and continued to develop a strong friendship after the event.

Soon after the conclusion of the wrestling event, Armando and Jason capitalized on their new insights into the world of commodities and utilized their strong organizational and structural skills to embark on building their own company to locate, acquire, and control their own physical commodities.

© DAMARA MINE DEVELOPMENT

The first Offering that Armando and Jason developed for their limited partners was a commodities trading program on the Chicago Mercantile Exchange that was kicked off in October 2010. Through a managed array of six to eight independent CME traders, who each had their own individual trading techniques and market reaction styles, Armando and Jason were able to balance and disperse the funds amongst the traders for optimal results. They would adjust the funds to the traders most equipped for the varying market and trading conditions at any given time. They also developed a stop and gain parameter unique to each trader which gave each trader a base guideline to operate off of that played to their particular strengths the best.

When all of the aspects of this trade program were put together it lead to an amazing result in which their Heritage Direct Trade Program was able to turn about a 146% profit for their limited partners in a one year time frame.

During the period of time that Armando and Jason were still laying this groundwork for their new company Heritage Acquisitions Group, Joe had reached out to Armando. Joe had a friend named Victor Bedell that he had met several years before at his church. Victor had a potential project with his home country of Liberia that he was very passionate about. Victor wanted to bring cement and rice into Liberia to help build infrastructure and feed his people. Armando and Jason worked with Victor for several months to put together a deal for the rice and concrete, but no one on the Liberian side was able to provide enough capital to pay for the goods upon arrival at port. The best that the Liberian side of the deal could offer was to warehouse the goods and pay for the shipment over time as they retailed the rice and concrete. Armando and Jason had not structured their company for a transaction of this sort, so the deal never came to fruition.

© DAMARA MINE DEVELOPMENT

During this process though, Armando & Jason developed a good friendship with Victor and learned a lot about his homeland of Liberia and the great resource that was there. Victor told them about the remote area in which he had grown up and also the land rights that he, his extended family, and the other villagers held. Armando and Jason also saw Victor's strong concern and drive to help his people and family back home in Liberia, even after his rice and concrete project did not come to fruition. After extensive research into Liberia, long deliberation and thought into a viable corporate structure, Jason and Armando developed a plan to utilize the minerals in Victor's homeland as a way to fund a "not for profit" which would funnel profits back to the local villages and develop an infrastructure for them starting with fresh water, food, medical needs, and schools.

Victor was overjoyed with the plan and the opportunity to help not only a large number of his people in the villages and towns around the area that he grew up in, but also ourselves, our families, and our friends in the process. So we planned our initial exploratory trip to Liberia. We needed to see exactly what we had there. The expedition left in October 2010, the same month we started our Heritage Direct Trade Program.

A few months after our return from Liberia we were introduced to a critical member of our administrative staff. This introduction occurred through a "chance encounter" at a local gym in Minnesota where Joe met Richard Wesley Harmon. Wes is a native Liberian, who had worked his way up in the Liberian government. When he left Liberia for the America during their civil war, he had achieved the position of Assistant Commissioner of Customs/Chief Inspector of the Ministry of Finance. In this position he helped develop and manage the Liberian customs system in all of their seaports and border checkpoints.

Wes was able to use his position within the Liberian government to gain U.S. citizenship during the Liberian civil war and he brought his family here to the United States and eventually settled in Minnesota. In America he has had great professional success and has made a very good living working for companies such as the Fortune 500 Company Best Buy as their Tax Compliant Manager with an annual tax budget of over two billions dollars, Ingersoll Rand as their Tax Compliance Officer, IBM as their Payroll Supervisor, Lectra USA as their Senior Accountant, and CIT Group as their Sales Tax Compliance Manager.

Wes was invited back to Liberia by the Liberian government as their civil war began to subside and for a year and a half he served as their Deputy Commissioner of Customs and Excise with the Bureau of Customs and Excise, Ministry of Finance. Upon his return to Liberia he was tasked with the responsibility to reestablish the customs department and restructure the port system. Wes retains very strong ties and friendships to personnel in all levels of the Liberian government and to this day he continues to provide ongoing consulting services with the Bureau of Customs and Excise now that he is back living in the States.

We are very privileged to have Wesley on our permanent staff. Like Victor, he has a strong desire to help his fellow Liberians. He will be moving his wife and children from Minnesota back to Liberia so that he can work as our liaison between the Liberian government and us. He will be in charge of our Monrovian mining office where he will process our visas, establish the long term residency of our mining staff, facilitate both the importing of our equipment and supplies through Liberian customs and the exporting of our minerals back out through Liberian customs. He will also be our Compliance Officer to be certain that we neet all the rules and regulations of operating in Liberia and the United States.

© DAMAYA MINE DEVELOPMENT

Armando Costabile is the Vice President and 50% owner of Heritage Acquisitions Group, Inc.  He is one of the two managing partners for both our limited partnership and our mine operations.  After attending Buffalo State College he worked for the national firm Royal Environmental in the field of commercial/industrial environmental remediation.  There he oversaw the excavation and replacement of creek beds and riverbeds due to industrial contamination, the reclamation or dismantlement of large factories, and other environmental decontamination projects across the county.

Armando has also been instrumental in the strategic growth of two construction companies and a building services contracting company as either a leading sales representative or sales manager.  He brings a very strong work ethic, a diverse skill set, managerial experience, diplomatic sensibilities, charisma, a tenacity for follow through on all he sets his mind to, swift and accurate tactical planning and adjustments on-the-fly while in a situation, and the ability to solve tough issues by thinking outside of the box with unique and original ideas.  He also has a strong drive to help those that are less fortunate as he and his family has a long history of involvement with food programs and charitable giving in various parts of Africa and the sponsorship of African children that long predates the start of this endeavor.

Jason Wendt is the President and 50% owner of Heritage Acquisitions Group, Inc.  He is the other managing partner for both our limited partnership and our mine operations.  Jason graduated in the top ten of his high school class while spending his junior and senior school years in an engineering co-op with General Motors.  There he attended special advanced classes will performing full time work at a production plant under the mentorship of engineers, corporate executives, and financial executives.

HERITAGE ACQUISITIONS GROUP   6 of 9   © DAMARA MINE DEVELOPMENT

Jason then attended the Rochester Institute of Technology in their Microelectronic Engineering department. In his fourth year of study he shifted all of his focus onto the growth of his building services contracting company that he had started in his second year of RIT. His company has generated well over forty million dollars to date. It has loyally and successfully served hundreds of commercial clients in New York, Pennsylvania, Kentucky, and elsewhere for over twenty-two years while providing gainful employment for thousands of individuals and families along with spinning off four other successful service companies that all continue to operate to this day.

Jason's experience of over twenty years in business development and operational corporate management contributes to his strong attention to detail, logistical and organizational skills, strategic foresight, executive management skills, disciplined financial management and cash flow balancing, long term stability, and the ability to turn ideas into successful, functional reality. Jason and his family also have a strong desire to help those in need with the financial support of dozens of global outreach missions throughout the world over the last twenty years, support of extended family members that serve as pastors and missionaries, and the long term sponsorship of two foreign children.

Joseph Laurinaitis is a primary partner of Damaka Mining, Inc. Joe grew up in a sports oriented household and from a young age he strove to be the best in all that he did and excelled in athletics. He began his professional wrestling career in 1982 as "The Road Warrior". He soon became known as "The Animal" as part of a tag-team wrestling duo known as "The Road Warriors" along with Mike "Hawk" Hegstrand. Joe and his partner went on to win multiple world championships and performed internationally at the top of their industry for almost two decades.

Joe, as a top tier talent in the wrestling industry, worked for leading promotional companies such as the AWA, NWA, IWS, WWF, WCW, and the WWE who built their entertainment products, reputations, and sales success upon the athletic excellence, reliability, business professionalism, and high level of commitment to the sport that Joe provided for all of them year after year for two decades. In 2011 Joe and The Road Warriors were honored by the wrestling industry with their induction into the WWE Wrestling Hall of Fame.

Following Joe's professional wrestling career he has been very involved with the Fellowship of Christian Athletes. He gives motivational and life changing speeches at schools, churches, and public events all across North America. He has mentored and trained many young athletes, which includes his own son James Laurinaitis who is the starting middle linebacker for the St. Louis Rams. Joe raised his oldest son Joseph to serve in the Marine Corps, serve as a police officer in Ohio, and will soon be joining us as part of our team in Liberia. Joe and his wife Julie, along with their daughter Jessica, have a great heart for the people of Liberia and are an invaluable motivating strength in bringing the mine into production and organizing our humanitarian outreach.

Victor Bedell was born in Liberia, Africa and is a primary partner of Damaka Mining, Inc. He was born barely half a year before two decades of civil war began raging throughout his county. He grew up during the course of Liberia's ever changing power struggle until he was granted refugee status and came to America to live in Minnesota. He has worked tirelessly as a nursing assistant caring for others in order to send money back home to his family and village to provide the bare necessities for living. He has continually struggled to put ideas together for larger scale assistance for his fellow Liberians beyond what he can ever produce alone after providing for his own wife and children.

Victor is the heart and soul of Damaka Mining, Inc. and our humanitarian outreach to Liberia.  It has been, *and will continue to be, his endless drive and* constant determination to assist his people that have fueled our endeavor.  His untold sacrifices and ever giving nature goes to the heart of why we have this Offering.  It directly affected the way in which we designed our corporate structure.  It is why we must put so much emphasis on our humanitarian outreach.  It is why we are looking so hard for those with like-hearts and like-minds to partner with us to accomplish something amazing.  Something with far reaching impact for the people of Liberia, for those here in the United States, and for those in parts of the world yet unknown.



HERITAGE ACQUISITIONS GROUP                          © DAMAKA MINE DEVELOPMENT



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

## CAPITALIZATION OVERVIEW

**Phase I**

In our first phase of capitalization we brought in $75,000.00 to finance our initial trip to Liberia to visit with the Liberian government, local leaders, and visit the alluvial mining sites. This phase was accomplished through partner resources and bringing in two Limited Partners.

**Phase II**

Our second phase of capitalization was again a small one at $600,000.00 to finance our geological feasibility report upon our return from Liberia and facilitate our corporate structure. This phase was accomplished by bringing in an additional four Limited Partners.

**Phase III**

Our third phase brought us to our current $4,000,000.00 amount raised to date. This phase has been used to develop our Liberian government relations, obtain all of our land rights & licenses, and to begin the acquisition of our gold processing mining equipment as well as our heavy excavation equipment. This phase was accomplished by bringing in twenty-four Limited Partners as a mix of a few with larger contributions and the remaining coming in with smaller contributions from family and friends that wanted involvement.

We also brought in some of the funds through private loans from Limited Partners of our Heritage Direct Trade Program that will be paid upon receipt of full capitalization. We did this to start the clock as soon as possible on the building of our trommel and gold finishing equipment, as these pieces had the longest manufacturing turnaround time. We needed to have them start the manufacturing processes as soon as possible in order to try and stay on our current timeline. All Heritage Direct Trade Program Limited Partners that loaned funds to us were also already Limited Partners in Damaka Mine Development LLLP and have a vested interest in Damaka Mining going into production.

**Phase IV**

Phase IV will be our final round of capital fundraising and will bring us into mining production and support up to six months of operations. This final Phase is critical in completing our equipment purchases, shipping, setting up our camp, and bringing us into production.

We have included on the following pages our financial breakdown that shows all capital allotments that include the loan repayments in an all-encompassing overview.

Case 7:15-cv-00456-MFU-RSB   Document 139-5   Filed 03/30/18   Page 137 of 144   Pageid#:
2010
Case 7:15-cv-00456-MFU-RSB   Document 132   Filed 02/26/18   Page 137 of 131   Pageid#:
2010

# FINANCIAL BREAKDOWN

## Overall Company Budget

### All items that are shipped have shipping costs included

| Item | Cost |
| --- | --- |
| Initial Partner Trip in October 2010 | $75,000.00 |
| Geological Report & Retainer | $95,000.00 |
| Liberian Corp Setup, Mining Licensing, & EPA Assessment | $70,000.00 |
| Land Acquisitions (land purchase, government land rental, & Class C buyouts) | $105,000.00 |
| Business Development/Fund Raising Travel | $50,000.00 |
| Administrative & Office Expenses (8 months: 6/2011 - 1/2012) | $328,000.00 |
| Logistical Trip to Liberia (5 Partners + 5 Specialists + 2 Security) | $225,000.00 |
| Phase III Capitalization Loan Repayment | $1,351,500.00 |
| Acquire, Setup, and Secure the Monrovian Office/Compound/Waypoint | $230,000.00 |
| Establish Government Liaison, Customs Setup, Visa Processing, etc. (2 months) | $45,000.00 |
| 1st Mission (5-10 staff for 2 weeks + humanitarian supplies) | $250,000.00 |
| Camp Setup Labor - tech salary (15 techs for one month) | $187,500.00 |
| Flights for Camp Setup Techs (15 techs - one way) | $45,000.00 |
| Security During Camp Setup (one month) | $70,000.00 |
| Fencing to Secure Camp (installed) | $125,000.00 |
| PELA Well Drilling, Filtration Device, Storage, Sewage, Plumbing | $265,000.00 |
| Communications Setup, Satellite Uplink, SAT Phones, Security Cameras | $270,000.00 |
| MSI/NWE Consultant to Setup Trommel and Mining Equipment on Site (2 weeks) | $35,000.00 |
| WGM - Initial Exploration and Advisement Prior to Operations (2 weeks) | $30,000.00 |
| Fuel for Camp Setup (1 month of 10 diesel units running 24 hours per day) | $325,000.00 |
| Living Quarters (15 campers) | $700,000.00 |
| Bunk Houses for Security & Vendors | $200,000.00 |
| Kitchen, Laundry, & Restroom/Shower Containers | $210,000.00 |
| Excavation Equipment (2 excavators, 2 dump trucks, 2 dozers, 1 loader) | $718,000.00 |
| MSI Gold Equipment (trommel, dual jig, finishing table, 2 water pumps, hoses, electrical) | $714,000.00 |
| Hook Truck to Haul Fuel, Trailers, Equipment | $260,000.00 |
| M813 Transport Truck for Personnel and Towing (2) | $150,000.00 |
| 5 - Side by Sides (with additional brush guards, light racks, other accessories, etc.) | $130,000.00 |
| Gen Sets (2 - 300KW; 2 - 100KW) | $265,000.00 |
| 20 Light Towers | $215,000.00 |
| 5 Fuel Storage Tanks (~4k - 5k gallons each) | $160,000.00 |
| Tools, Spare Parts, Maintenance Supplies | $75,000.00 |
| Hydraulic Repair Kit and Various Hoses and Fittings | $71,000.00 |
| 5 - 20' Containers for Shipping and Onsite Storage | $22,000.00 |
| 25 - 20' Flat Racks for Equipment & Camper Transport; Some Converted to Bridges | $95,000.00 |
| Building Supplies (lumber, piping, plumbing, conduit, wiring, cinder blocks, concrete, etc.) | $130,000.00 |
| Miscellaneous/Unknown/Safety (~20% reserve) | $1,587,000.00 |
| General Consultation Services | $1,200,000.00 |
| **Total Expense:** | **$11,079,000.00** |

# ...FINANCIAL BREAKDOWN

## Base Monthly Operating Budget for One Mining Team

| Item | Cost |
|------|------|
| Mining Staff Pay - 17 techs | $212,500.00 |
| Life/Health/Disability Insurance - 17 techs | $51,000.00 |
| Vendors (Security, Geologists) | $150,000.00 |
| Fuel (63,000.0 gallons X $5.00 per gallon) | $315,000.00 |
| Maintenance/Repairs of Equipment & Camp | $20,000.00 |
| Business Insurances | $20,000.00 |
| Office/Yard Compound in Monrovia  (Administrative salary included) | $30,000.00 |
| Food & Beverage | $20,000.00 |
| Flights for Mining Staff | $25,000.00 |
| Tips and Miscellaneous | $10,000.00 |
| **Total Monthly Operating Expense:** | **$853,500.00** |
| **Times 6 Months of Operations:** | **$5,121,000.00** |

The above operating budget is the bare essential budget to keep the mine operational for a six month period of time.

The operating budget below shows a projected profitable month of operations and the additional costs associated.

## Monthly Operating Budget for One Mining Team
### Based on $12M Gross Production

| Item | Cost |
|------|------|
| Mining Staff Pay - 17 techs | $212,500.00 |
| Life/Health/Disability Insurance - 17 techs | $51,000.00 |
| Employee Profit Sharing - 3% of Gross | $360,000.00 |
| Vendors (Security, Geologists) | $150,000.00 |
| Fuel (63,000.0 gallons X $5.00 per gallon) | $315,000.00 |
| Maintenance/Repairs of Equipment & Camp | $20,000.00 |
| Business Insurances | $20,000.00 |
| Office/Yard Compound in Monrovia  (Administrative salary included) | $30,000.00 |
| Food & Beverage | $20,000.00 |
| Flights for Mining Staff | $25,000.00 |
| Gold Shipments & Security to Refinery | $15,000.00 |
| Tips and Miscellaneous | $10,000.00 |
| Taxes, Customs, Licensing, Fees  -15% of Gross Production | $1,800,000.00 |
| Damaka Outreach - 5% of Gross Production | $600,000.00 |
| Internal Growth - (see Additional Crew Startup Cost) | $951,196.27 |
| **Total Monthly Operating Expense:** | **$4,579,696.27** |

# FUTURE GROWTH & ADDITIONAL CREWS

Due to the quantity & content of the land and the rights that we hold, we have built a tremendous amount of future growth into our business model to take the greatest advantage possible of this. This growth is an internal growth occurring organically from within the company with proceeds generated from normal operations, without being dependent upon any future external capital from current or future investors.

We have a fixed growth expense built into our company's operational budget that is detailed below. Also, future manufacturing volume discounts that were negotiated are reflected here.

Our planned growth rate is to add three new crews by the end of first year and then add a minimum of at least two additional crews in each of the subsequent years. This growth rate will allow us to expand as quickly as possible the first year and then scale back to a growth rate that can be substantiated over the course of several years to follow.

## Cost to Establish a New Mining Crew

| Item | Cost |
|------|------|
| Living Quarters (9 campers) | $405,000.00 |
| Kitchen, Laundry, & Restroom/Shower Containers | $200,000.00 |
| Fencing to Secure Camp (installed) | $100,000.00 |
| PELA Well Drilling, Filtration Device, Storage, Sewage, Plumbing | $250,000.00 |
| Excavation Equipment (2 excavators, 2 dump trucks, 2 dozers, 1 loader) | $667,520.00 |
| MSI Gold Equipment (trommel, dual jig, finishing table, 2 water pumps, hoses, electrical) | $664,428.80 |
| 2 - Side by Sides (with additional brush guards, light racks, other accessories, etc.) | $46,000.00 |
| Gen Sets (1 - 300KW; 2 - 60KW) | $182,560.00 |
| 12 Light Towers | $161,280.00 |
| 2 Fuel Storage Tanks (~4k - 5k gallons each) | $50,000.00 |
| Tools, Spare Parts, Maintenance Supplies | $60,000.00 |
| 5 - 20' Containers for Shipping and Onsite Storage | $16,800.00 |
| Building Supplies (lumber, piping, plumbing, conduit, wiring, cinder blocks, concrete, etc.) | $50,000.00 |
| **Total Crew Setup Expense:** | **$2,853,588.80** |
| **Monthly Cost on 90 Day Cycle:** | **$951,196.27** |

# FUTURE PERFORMANCE

The charts below show a three year projected growth.  All production numbers throughout the three year span are based on our current conservative rate of 6 grams per ton of soil and do not take into account the soil sampling, coring, and site mapping that our geological firm will be performing to increase production.

The top half of the charts show the production rates for the start of that year pertaining to the amount of equipment on site, but does not reflect the increases that occur throughout that year. The increases are only reflected in the monthly Limited Partner profits found in the bottom half of the charts and then in the subsequent year's top half of the chart that shows the production.

| First Year Performance | |
|---|---|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommels at the year's start | 1.0 |
| Trommel Hours worked per month | 480.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 48,000.0 |
| Grams of gold per ton of soil | 6.0 |
| Grams of gold per month | 288,000.0 |
| Troy ounces of gold per month | 9,259.6 |
| Dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $12,037,424.04 |
| Operational Budget | $4,579,699.27 |
| 40% Net Profits | $2,983,089.91 |
| First Trommel Unit (base amount used to calculate each duplication) | |
| 1st Month limited partners profits | $2,983,089.91 |
| 2nd Month limited partners profits | $2,983,089.91 |
| 3rd Month limited partners profits | $2,983,089.91 |
| Second Trommel Unit Added | |
| 4th Month limited partners profits | $5,966,179.82 |
| 5th Month limited partners profits | $5,966,179.82 |
| 6th Month limited partners profits | $5,966,179.82 |
| Third Trommel Unit Added | |
| 7th Month limited partners profits | $8,949,269.73 |
| 8th Month limited partners profits | $8,949,269.73 |
| 9th Month limited partners profits | $8,949,269.73 |
| Fourth Trommel Unit Added | |
| 10th Month limited partners profits | $11,932,359.64 |
| 11th Month limited partners profits | $11,932,359.64 |
| 12th Month limited partners profits | $11,932,359.64 |
| Total Annual Limited Partners Profit | $89,492,697.27 |

## ...FUTURE PERFORMANCE

| Second Year Performance | |
|---|---:|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommel's at year start | 4.0 |
| Trommel Hours worked per month | 1,920.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 192,000.0 |
| grams of gold per ton of soil | 6.0 |
| grams of gold per month | 1,152,000.0 |
| troy ounces of gold per month | 37,038.2 |
| dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $48,149,696.17 |
| Operational Budget | $18,318,797.08 |
| 40% Net Profits | $11,932,359.64 |
| Four Trommel Units (no new unit added) | |
| 13st Month limited partners profits | $11,932,359.64 |
| 14th Month limited partners profits | $11,932,359.64 |
| 15th Month limited partners profits | $11,932,359.64 |
| Fifth Trommel Unit Added | |
| 16th Month limited partners profits | $14,915,449.55 |
| 17th Month limited partners profits | $14,915,449.55 |
| 18th Month limited partners profits | $14,915,449.55 |
| No Trommel Added | |
| 19th Month limited partners profits | $14,915,449.55 |
| 20th Month limited partners profits | $14,915,449.55 |
| 21st Month limited partners profits | $14,915,449.55 |
| Sixth Trommel Unit Added | |
| 22nd Month limited partners profits | $17,898,539.46 |
| 23rd Month limited partners profits | $17,898,539.46 |
| 24th Month limited partners profits | $17,898,539.46 |
| Total Annual limited Partners Profit | $178,985,394.56 |
| Limited Partners Profit to Date | $268,478,091.85 |

# ...FUTURE PERFORMANCE

| Third Year Performance | |
|---|---:|
| Hours worked per day | 16.0 |
| Days worked per month | 30.0 |
| Number of trommel's at year start | 6.0 |
| Trommel Hours worked per month | 2,880.0 |
| Trommel tons of soil per hour | 100.0 |
| Tons of Soil per month | 288,000.0 |
| grams of gold per ton of soil | 6.0 |
| grams of gold per month | 1,728,000.0 |
| troy ounces of gold per month | 55,557.3 |
| dollar per troy ounce | $1,300.00 |
| Gross Profit per month | $72,224,544.26 |
| Operational Budget | $27,478,195.62 |
| 40% Net Profits | $17,898,539.45 |
| Six Trommel Units (no unit added) | |
| 25th Month limited partners profits | $17,898,539.45 |
| 26th Month limited partners profits | $17,898,539.45 |
| 27th Month limited partners profits | $17,898,539.45 |
| Seventh Trommel Added | |
| 28th Month limited partners profits | $20,881,629.36 |
| 29th Month limited partners profits | $20,881,629.36 |
| 30th Month limited partners profits | $20,881,629.36 |
| No Trommel Added | |
| 31st Month limited partners profits | $20,881,629.36 |
| 32nd Month limited partners profits | $20,881,629.36 |
| 33rd Month limited partners profits | $20,881,629.36 |
| Eighth Trommel Unit Added | |
| 34th Month limited partners profits | $23,864,719.27 |
| 35th Month limited partners profits | $23,864,719.27 |
| 36th Month limited partners profits | $23,864,719.27 |
| Total Annual Limited Partners' Profit | $250,579,552.37 |
| Limited Partners' Profit to Date | $513,057,644.20 |

# CONCLUSION

We feel strongly that this projected budget is more than adequate in bringing us to a strong start and allow us to develop into a very strong, thriving mine within Liberia, Africa. We have been very diligent with our approach to detail, we have made sure that we are not caught by surprise at any point, and have left no stone unturned in our research into the industry & country that we will be dealing with. We have formed a strong plan along with key personnel to ensure long stability and growth.

As stated previously, the pro forma profit projections in this Capitalization Overview and those also found within our Damaka Mine Development Offering presentation book are calculated on production rates, gold densities, and gold pricing with very conservative expectations and are approximately 50% lower than our expected actual results. We have also not taken into account operational efficiencies due to the economy of scales we will experience as we grow larger nor the various other minerals that we will be harvesting in addition to the gold. Even if we were to achieve a fraction of our projections, the profit returns are still very significant for this or any other type of business.

If you have any questions about anything contained within this document or would like any further clarification please do not hesitate to ask. We are available at our toll free number or via our email and look forward to continuing this conversation.



# HERITAGE ACQUISITIONS GROUP

*Coming Together... Working Together... Growing Together*

IF YOU HAVE ANY QUESTIONS REGARDING THIS OFFERING OR
IF YOU WOULD LIKE TO PURSUE THIS OFFERING FURTHER,
PLEASE CONTACT US:

ARMANDO COSTABILE

ARMANDO@HERITAGEACQUISITIONSGROUP.COM

JASON WENDT

JASON@HERITAGEACQUISITIONSGROUP.COM

OUR TOLL FREE NUMBER

(877) 705-7075

---

HERITAGE ACQUISITIONS GROUP

INFO@HERITAGEACQUISITIONSGROUP.COM
PHONE & FAX: (877) 705-7075