# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**RACHAEL L. COOK**

vs.

**JOHN RICHARD BLAZER**

Action No:   7:15CV456
Date:   8/5/21
Judge:   Michael F. Urbanski, CUSDJ
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Kristin Ayermsan

Plaintiff Attorney(s)
Henry McLaughlin

Defendant Attorney(s)
none

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Pltf and her counsel present by ZoomGov for a PTC.
Mr. Blazer is not present and no one has appeared on his behalf.
Court notes Mr. Blazer was mailed (by regular USPS and certified mail) copies of the [187] notice of hearing and of the Zoom instructions on 6/14/2021.
Court addresses non-appearance of dft, impending trial date, orders filed recently and sent to Chief US Probation Officer in OH.
Court reviews trial procedures.

Time in Court:   3:04-3:21   17m