IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RACHAEL L. COOK, | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) |
| v. | ) Civil Action No. 7:15CV00456 |
| | ) |
| JOHN RICHARD BLAZER, | ) |
| | ) |
| Defendant(s). | ) |

## CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on 8/25/2015. The Defendant(s) John Richard Blazer was served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

John Richard Blazer                                   8/3/2015

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

John Richard Blazer

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

This 20 day of August, 2021

**JULIA C. DUDLEY, CLERK**

By: /s/ Kayersman, Deputy Clerk