# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| RACHAEL L. COOK | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 7:15CV00456 |
| JOHN RICHARD BLAZER | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that plaintiff Rachael L. Cook, recover from defendant Blazer $50,000 in compensatory damages; $255,000 in punitive damages; prejudgment interest at the rate of 6% annually from 5/15/2013 on a part of the principal compensatory sum ($25,000), plus postjudgment interest at the legal rate, 28 USC 1961, until paid.

This action was *(check one)*:

☑ tried by a jury with Judge Michael F. Urbanski, Chief United States District Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 8/20/2021

CLERK OF COURT

*[signature]* Deputy Clerk