FILED: September 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2038
(7:15-cv-00456-MFU-RSB)

_____

RACHAEL L. COOK

        Plaintiff - Appellant

v.

SCOTT MCQUATE

        Defendant - Appellee

and

THE OHIO COMPANY; JOHN RICHARD BLAZER

        Defendants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:15-cv-00456-MFU-RSB |
| Date notice of appeal filed in originating court: | 09/18/2021 |
| Appellant(s) | Rachael L. Cook |
| Appellate Case Number | 21-2038 |

| Case Manager | Jeffrey S. Neal 804-916-2702 |
|---|---|