

# U. S. DISTRICT COURT
## Western District of Virginia
Office of the Clerk
210 Franklin Road, SW
Roanoke, Virginia 24011-2208

*Julia C. Dudley*  *Voice: 540/857-5100*
*Clerk of Court*  *Facsimile: 540/857-5110*

February 16, 2022

**Rachel L. Cook**
**936 Country Club**
**Roanoke, VA 24017**

    Re:    Request for Clerk's Certification of a Judgement to be Registered in Another District (form AO450)
               Case # 7:15cv00456

Dear Ms. Cook:

We received your Request for Clerk's Certification of a Judgement to be Registered in Another District. This form indicates the clerk's office is certifying that any appeal filed in the case is no longer pending. There is currently a pending appeal in this case and consequently we are unable to issue the Request for Clerk's Certification of a Judgement to be Registered in Another District and your documents are being returned to you. When the case the case no longer has a pending appeal the Request for Clerk's Certification of a Judgement to be Registered in Another District can be issued.

Sincerely,
/s/ A. Seagle

Deputy Clerk