FILED: September 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2038
(7:15-cv-00456-MFU-RSB)
_____

RACHAEL L. COOK

    Plaintiff - Appellant

v.

SCOTT MCQUATE

    Defendant - Appellee

and

THE OHIO COMPANY; JOHN RICHARD BLAZER

    Defendants

_____

M A N D A T E
_____

The judgment of this court, entered 09/06/2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*